UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

__Rose Meacham_____ )
_____ )
_____ )
_____ )  CIVIL ACTION
(Name of the plaintiff or plaintiffs)  )
                                )
            v.                  )  NO._____
                                )
__University of Illinois, et. al.____ )
_____ )
_____ )
(Name of the defendant or defendants) )

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. Plaintiff ☑ DOES ☐ DOES NOT demand a jury trial.  *Please*

### I. PARTIES

2. The plaintiff is __Rose Meacham_____,

whose street address is __Text_____,

(city)__Text_____(state)_____(ZIP)_____

(Plaintiff's telephone number)    ( 650 ) – __740-3984_____

3. The defendant is __University of Illinois_____, whose

street address is __Text_____,

(city)_____(state)_____(ZIP)_____

(Defendant's telephone number)    (____) – _____

4. The alleged discrimination occurred at _____

(city)_____(state)_____ (ZIP)_____

5. The plaintiff [*check one box*]

    (a) ☑ was denied employment by the defendant.

    (b) ☐ was hired and is still employed by the defendant.

    (c) ☑ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,

    (month) December , (day) 16 , (year) 2019 . The first date occurred on or about October 13, 2017 but there were many incidents after this date.

## II. JURISDICTION

7. Jurisdiction over this claim is based on 28 U.S.C. § 1331. Plaintiff alleges that the defendant(s) discriminated against Plaintiff because of Plaintiff's:

    ☐ Age (The Age Discrimination in Employment Act, 29 U.S.C. § 621)

    ☐ Color (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☑ Disability (The Americans with Disabilities Act, 42 U.S.C. § 12101 and/or The Rehabilitation Act, 29 U.S.C. § 701)

    ☐ National Origin (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Race (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Race (42 U.S.C. § 1981)

    ☐ Religion (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☑ Sex/Gender (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☑ Sex/Gender (Equal Pay Act, 29 U.S.C. § 206)

    ☐ Use of Leave (Family and Medical Leave Act, 29 U.S.C. § 2611)

    ☐ Other (list): There are other acts of discrimination but these may not fall within the statute of limitations. These additional categories help demonstrate a pattern of practice but it is my understanding you would need to grant permission to include them. It is my intention to present this information for your formal approval.

8. Plaintiff ☑ HAS ☐ HAS NOT filed a charge before the United States Equal Employment Opportunity Commission (EEOC) relating to this claim of employment discrimination.

    **[Attach a copy of charge to this complaint.]**

9. Plaintiff ☐ HAS ☐ HAS NOT filed a charge before the Illinois Department of Human Rights

    **No formal complaint has been filed yet.** (IDHR) relating to this claim of employment discrimination. **[Attach a copy of charge to this complaint.]**

*Meacham gave a report but no formal complaint has been filed yet. It includes other unrelated aspects and she was instructed to file with EEOC, and the EEOC issued a right to Sue Notice.*

10. Plaintiff ☑ HAS ☐ HAS NOT received a Right to Sue Notice.  If yes, Plaintiff's Right to Sue Notice was received on or about (date) **EEOC issued a right to sue notice on March 12, 2020 but Plaintiff was not informed of her right to sue until May 11, 2020**

**[Attach copy of Notice of Right to Sue to this complaint.]**

### III.  FACTS IN SUPPORT OF CLAIM

11. The defendant intentionally discriminated against Plaintiff [*check only those that apply*]:

   (a) ☑   by failing to hire the plaintiff.

   (b) ☑   by terminating the plaintiff's employment.

   (c) ☑   by failing to promote the plaintiff.

   (d) ☑   by failing to stop harassment;

   (e) ☑   by failing to reasonably accommodate the plaintiff's disabilities.

   *This occurred but Plaintiff did not check the religion box on her EEOC charge. She was under the impression it cannot be included in the federal charge now, but she would like to present this evidence for the Judge's approval.*

   (f) ☐   by failing to reasonably accommodate the plaintiff's religion.

   (g) ☑   by retaliating against the plaintiff because the plaintiff did something to assert rights protected by the laws;

   (h) ☑   by coercing, intimidating, threatening or interfering with the plaintiff's exercise or enjoyment of rights;

   (i) ☐   with respect to the compensation, terms, conditions, or privileges of employment;

   (j) ☐   other (specify): Plaintiff was originally informed by the Title IX Office that she could include actions that occurred in relation to her converting to Judaism. The Title IX Office incorrectly included 'Race' in one version of the complaint. However the Plaintiff was not properly represented because there are currently no laws or policies in place to handle victims who experience this type of discrimination. She is not Jewish based on inheriting this from her Mother. Because of this fact, most Orthodox Jews believe she can never be Jewish. Traditionally Judaism is considered a Race but for the Plaintiff she wanted to convert for the Religion. Not wanting to be disrespectful, Plaintiff removed this from her Title IX charges and is still unclear how the law addresses issues where there is disagreement within the protected class itself.

Due to the fact that there was never a way to properly handle this aspect of the discrimination Plaintiff experienced, she would like the opportunity to present this evidence for the Judge's expert decision. One incident, for example, involved pro-KKK comments and harassment from a co-worker who spoke about violent acts and frightened the Plaintiff. After reporting these incidents she was retaliated against and terminated from this position. More recently, Plaintiff was accused of not being qualified for her position, despite the fact that she was offered a PhD in the subject matter she was responsible for teaching. This occurred when she was hesitant and uncomfortable correcting students she was teaching who expressed opinions in class that contradicted scientific theories about evolution, but were protected under their right to freedom of religion. Plaintiff had support from various offices on-campus that thought she needed to be given clearer instructions on handling these controversial topics in her classes. However, instead of providing Plaintiff this opportunity, she was abruptly removed from this responsibility and her position was diminished and quickly terminated.

12. State here briefly and as clearly as possible the essential facts of your claim. Describe precisely how each defendant in this action is involved. Give dates and places. Concentrate on describing as clearly and simply as possible what employment action or situation you allege to have been illegal and how it violated your rights. It is not necessary to make legal arguments or cite any cases or statutes.

**Please don't discount my charge for having irrelevant information or additional violations. I was informed that it is necessary to include more information, rather than less, because once the statute of limitations has passed it is impossible to include potentially crucial information and evidence. I am working to refine my charge with an advocacy group and I hope the fact that I am forced to file pro se is not used to discount my charge.**

Please see the formal charge attached which includes a detailed statement of essential facts for the claim. It also includes details about how each defendant is involved. Dates and places may need to be included in the next revised claim due to the prohibitive nature of the 90 day deadline from EEOC to file this claim. These other matters are also detailed more completely in the attached claim. A partial statement is featured below to the best of the Plaintiff's abilities, given these restraints:

Meacham accepted an offer for employment and a PhD contract at the University of Illinois Urbana Champaign in 2017. However, Meacham engaged in protected activities and shortly afterwards was given a different arrangement than the one that she was offered and agreed to with Defendant Samuel Beshers. Meacham passed up other opportunities, which she can prove, in order to accept this offer based on the agreement that the Defendant switched unlawfully. Her employment role and responsibilities were subsequently changed and she was forced to switch her entire PhD research as a result, which is an irreversible adverse outcome.

Meacham was targeted because she engaged in protected activities and, due to her protected class, and she was harassed and discriminated against by her coworkers. The Graduate College, including Alexis Thompson, and the Neuroscience Program Director, Martha Gillette, gave her requirements and deadlines that were different than every other PhD Student/employee in her program. She informed them these were impossible, unfair, and were retaliatory. This was also the opinion of the professors she attempted to work with who asked that Martha (NSP) change them accordingly. Because I was being retaliated against and it is clearly the intention of these Defendants to cause harm, they refused to do so repeatedly. These 'mandates' were issued regularly over the course of her 3+ years involved with the Defendants. Meacham reported that these caused horrific delays and damages to her PhD but none of the Defendants (Provosts, Chancellors, Deans, Graduate College, et. al.) whose role it is to handle these issues made certain these issues were resolved. These defendants refused to stop these retaliatory, prejudiced, and discriminatory actions from happening. In December 2019 Meacham was forcibly withdrawn from her positions at the University.

13. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

  (a) ☑ Direct the defendant to hire the plaintiff.

  (b) ☑ Direct the defendant to re-employ the plaintiff.

  *Allow Plaintiff to continue onto the next milestone in her PhD program.* (c) ☐ Direct the defendant to promote the plaintiff.

  (d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

  (e) ☑ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

  (f) ☑ Direct the defendant to (specify): **Establish new policies, and/or change existing policies, based on the Judge's verdict, that protect employees and students from sexual misconduct, ADA, Title IX, and Title VII violations.**

4

_____

_____

_____

_____

_____

(g) ☐ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☑ Grant such other relief as the Court may find appropriate.

_s\Rose Meacham_____
(Plaintiff's signature)

_Rose Meacham_____
(Plaintiff's name)

_____

_325 Ramblewood Drive_____
(Plaintiff's street address)

(City)_Glen Ellyn_____(State)_Illinois_____(ZIP)_60137____

(Plaintiff's telephone number)  ( 605 ) – 740-3984_____

Date: _June 10, 2020_____