

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Chicago District Office**

JCK Federal Building
230 S. Dearborn
Suite 1866 (Enforcement, State and Local & Hearings)
Suite 2920 (Legal & ADR)
Chicago, IL  60604
Chicago Direct Dial: (312) 872-9777
Enforcement/File Disclosure Fax: (312) 588-1260
Website:  www.eeoc.gov

May 21, 2020

SENT VIA EMAIL: meacham.rose@gmail.com
Ms. Rose Meacham
540 N. Matthews Avenue
Urbana, IL 61801

Dear Ms. Meacham:

This is in response to your correspondence dated May 19, 2020, concerning the charge of employment discrimination you filed with the Equal Employment Opportunity Commission (EEOC) against the University of Illinois at Urbana-Champaign (EEOC Charge No. 440-2020-01732).

We understand that the parties to a charge often have firm views that the available evidence supports their respective positions.  However, our final actions must comport with our interpretations of the relevant evidence and the laws we enforce.  In those situations where a charging party disagrees with our final action on a charge, they have the statutory right to pursue the matter in court.  If a private lawsuit is not filed within 90 days of your receipt of the Dismissal and Notice of Rights, the right to sue for the charge is lost and cannot be waived, extended or restored by the EEOC.

We regret your dissatisfaction with the results of the processing of your charge.  Please be assured that we have reviewed your allegations and the information you provided.  This information, however, would not alter the final action taken on your charge.

We hope this information is helpful to you.

Sincerely,


Julianne Bowman
District Director