EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| [ ] FEPA | |
| [X] EEOC | 440-2020-01732 |

Illinois Department Of Human Rights _____ and EEOC
*State or local Agency, if any*

**Name** *(indicate Mr., Ms., Mrs.)*: Rose Meacham
**Home Phone** *(Incl. Area Code)*: (217) 530-7090
**Date of Birth**:

**Street Address**: 216 E. 12th St.,  **City, State and ZIP Code**: New York, NY 10003

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

**Name**: UNIVERSITY OF ILLINOIS URBANA-CHAMPAIGN
**No. Employees, Members**: 500 or More
**Phone No.** *(Include Area Code)*: (217) 333-1350

**Street Address**: Lincoln Hall, 702 S Wright St,  **City, State and ZIP Code**: Urbana, IL 61801

**DISCRIMINATION BASED ON** *(Check appropriate box(es).)*:
[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [X] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER *(Specify)*

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: _____  Latest: 01-01-2019
[ ] CONTINUING ACTION

**THE PARTICULARS ARE** *(If additional paper is needed, attach extra sheet(s))*:

I started working for Respondent as a Teacher's Assistant in Fall 2019. Respondent was made aware of my disability upon being hired. During my employment I requested a reasonable accommodation, which was denied, subsequently I was removed from my position. I was systemically retaliated against for filing a Tile IX claim.

I believe that I have been discriminated against because of my disability, and in Retaliation for engaging in protected activity, in violation of the Americans with Disabilities Act of 1990, as amended. Also, in violation for Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED EEOC
MAR 04 2020
CHICAGO DISTRICT OFFICE

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

**Date**: Mar 04, 2020
**Charging Party Signature**: *[signature]*

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)*