

**SHIG YASUNAGA**
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

### OFFICE OF THE CLERK

TEL: 217.492.4020
FAX: 217.492.4028

September 1, 2020

Rose Meacham
325 Ramblewood Drive
Glen Ellyn, IL 60137

RE: Meacham v. University of Illinois Urbana Champaign et al
CASE NO. 20-2162

Dear:  Ms. Meacham,

    NOTICE IS HEREBY GIVEN that a case-dispositive motion (such as a motion to dismiss or motion for judgment on the pleadings) has been filed. See Fed.R.Civ.P. 12(b)(6), Fed.R.Civ.P 12(c). Please be advised that you have **fourteen (14)** days from the date of service to respond to the motion. Under the court's local rules, if no response is timely filed, the presiding judge will presume there is no opposition to the motion and may rule without further notice to the parties. In effect, the court may grant the motion and your case may be dismissed. See L.R. CDIL 7.1(B).

s/Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court

cc:  all counsel