# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# GENERAL ORDER 20-02

**March 26, 2020**

## IN RE: PRO SE FILERS WITHOUT CM/ECF ACCOUNTS - AN ORDER RELATED TO THE AMENDED GENERAL ORDER 20-01

The Central District of Illinois has issued Amended Order 20-01 concerning court operations under the exigent circumstances created by COVID-19.  Among other things, the Amended General Order closes the District's courthouses located in Springfield and Urbana to the public.  The Amended General order also closes the court operations for the Rock Island Division.  The Peoria Division remains open with limited staff and operations.

IT IS ORDERED, effective March 26, 2020, and until May 18, 2020, or further Order of the Court, the United States District Court for the Central District of Illinois lifts the restrictions contained in the District's Local Rules prohibiting non-incarcerated pro se filers without CM/ECF accounts from filing documents via email and will temporarily accept filings from non-incarcerated pro se litigants via email when the submission complies with the following:

- The email must be sent to temporary_efiling@ilcd.uscourts.gov; emails sent to any other address will be disregarded by the Clerk's Office;

- The email must include the filer's name, address, and telephone number;

- The email must include the case number in the subject line;

- The document to be filed must be attached to the email in either Microsoft Word or PDF format;

- The document must be signed in electronic format ("s/name") or signed by hand and scanned;

- No additional comments, questions, or other messages are to be included in the email. The filer may contact the Clerk's Office by phone with questions; and

- This procedure does not alter the filer's responsibility to effect service as required by the Federal Rules of Civil Procedure.

Entered for the Court:

s/Sara Darrow

_____          _

Hon. Sara Darrow
Chief United States District Judge