August 22, 2020

To:  People's Appointed Judge for the Central District County Courthouse:

The State of Illinois has a white supremacy problem.

My case is not just about the specific incidents that occured in my life as a student and employee for the University of Illinois Urbana-Champaign, but it is a case for the moral fabric of the entire state.

I am not requesting money. I have no ulterior motives for filing my case. I was subjected to hate speech, sexual harassment, and pro-KKK threats during my job. At the time I was converting to Judaism and the individuals involved with the prejudiced harassment knew it. When I reported these incidents to UIUC administration I was told by HR and UIUC administration that pro-KKK harassment, sexual harassment and the prejudice I was subjected to is protected under the first amendment.

I have been told by the county clerk's office that UIUC's next move in this Federal Lawsuit will be to undermine me, to move to dismiss my case, and to fight me because I am asking that a judge intervene and stop hate crimes and violence on University of Illinois campuses in the State of Illinois.

To this date, August 22, 2020, my case and my Title IX Reports have never been investigated fairly, and without bias. My witnesses, my evidence, and everything that I have reported has been white-washed and undermined. This will be my first and only opportunity to fight against this evil that I have witnessed first-hand at University of Illinois Urbana-Champaign. I strongly believe that anyone who has moral shortcomings enough to try and prevent my case from a fair trial is knowingly opportunizing an extremely serious problem in the State of Illinois.


Very sincerely-
Rose Meacham

August 22, 2020