E-FILED
Thursday, 10 September, 2020  09:12:19 AM
Clerk, U.S. District Court, ILCD

September 9, 2020

Subject: Prejudiced Power Imbalance - Case No. 20-2162

Plaintiff: Rose Meacham
Defendant: University of Illinois and associates

**I respectfully request a motion for immediate hard stop on the court processes exploited by the Defendants who are attempting to dismiss this federal lawsuit unlawfully. Please consider this motion and approve a hard stop until the Central District Court or Northern District Court appoints an attorney to me so I am not further disadvantaged by this court process.**

Please understand that my federal lawsuit is being pursued in interest of the people, the students and graduate employees at University of Illinois and similar campuses across the country. **This Federal lawsuit is NOT in any way asking for financial gains or moneys.** The goal of this federal court case is to protect the safety and well being of University of Illinois students and graduate employees who are currently unable to safely file reports of rape, assault, sexual harassment and other forms of prejudice or hate crimes. My experience is echoed by many other students and graduate employees who march on-campus with the Student Union but are ignored, and by individuals across the country who are forced to suffer silently after being physically victimized by their bosses, or fellow employees. Because many of us are very young, just starting out in our careers, these incidents that we are suffering in silence about ruin our careers, but more importantly are affecting individuals who are often too young to even understand how their rights are being violated, including unwanted sexual advances from professors or other university employees in power. Please, please do not turn my federal lawsuit away.

Please give us the opportunity to be heard in federal court. We have no other opportunity to voice these incidents and a federal lawsuit will inevitably transform a broken Title IX and HR system that has literally cost people with bright futures their entire lives. I truly hope you are able to make a ruling from this federal court case that saves other students and graduate employees from suffering silently after being assaulted, raped, sexualy harassed or victimized by discrimination or hate crimes.

Sincerely,
℅ Rose Meacham
325 Ramblewood Dr, Glen Ellyn, IL 60137
650.740.3984