E-FILED
Thursday, 10 September, 2020  09:16:33 AM
Clerk, U.S. District Court, ILCD

September 9, 2020

Subject: Prejudiced Power Imbalance - Case No. 20-2162

Plaintiff: Rose Meacham
Defendant: University of Illinois and associates

**I respectfully request a motion for the Honorable Federal Judge to rule on the exact civil, state and federal right categories for my federal case. Including the distinction between the hate crimes that I reported falling under the "religious" or "racism" branches of law.**
Due to the fact that I am not ethnically Jewish, as far as I am aware, I am not considered Jewish by many Orthodox Jewish Communities and I am unsure legally whether I need to proceed with the case as a "Jewish" person, a person converting to Judaism, and whether this falls under religious or racist hate crimes, due to the fact that I may be considered Jewish by certain Jewish Communities but not by others.

On my original Docket Forms submitted on June 10, 2020 I indicated in writing that I needed the Federal Judge to determine whether my court case falls under the "religious" or "racism" categories for civil and federal rights violations. These crucial federal court distinctions about my federal case are crucial to the foundation of my arguments, to the evidence that I submit to the court, the witnesses who testify, and especially to the Defendant's ability to receive my charges accurately, and for the Defendants' to even respond to these undefined charges, pending the Judge's decision.

**Therefore, I submit this motion that ALL court proceedings be halted until the Judge rules on these critical foundational aspects of the case.**

Sincerely,
℅ Rose Meacham
325 Ramblewood Dr, Glen Ellyn, IL 60137
650.740.3984