September 9, 2020

Subject: Prejudiced Power Imbalance - Case No. 20-2162

Plaintiff: Rose Meacham
Defendant: University of Illinois and associates

**I respectfully submit a motion that my repeat requests for Disability Services and accommodations please be approved by the Judge so I have a fair chance throughout these court proceedings and an equal opportunity to be heard in your federal court.**

**Furthermore, I submit my motion for the repeat requests for an attorney to please be honored so my attorney will be appointed to my case.** As evidenced in my previous court filings, and in the motion "IMMEDIATE ACTION REQUIRED - Case No. 20-2162" I was unable to even meet the Central District Court Clerk's mandates for "document format" to have ALL of my previously submitted and timely motions filed until today. Making a ruling that the advantaged UIUC be given their request to dismiss this federal lawsuit is unfair. Due to the imbalance in our access to resources and UIUC Defendants continued tampering, destruction and blocks to my requests for accessing evidence, I have been unable to properly represent the full facts of my federal case. There is ample documentation and written evidence, among other evidence, that will prove my case, pending the Judge subpoenas these documents from the Defendants and their actively abetting associates.

**ALL of the motions I have submitted were timely.** I have been working fervently to represent myself pro se, and to speak for myself and other victims of the current broken Title IX and HR system in University of Illinois schools (and possibly elsewhere).

My previous motions which were submitted but not filed on the following dates include the current motion outlined in this document. This motion, had it been reviewed when I actually submitted it in a timely manner, would have given me at least a fighting chance to address the motions to dismiss this federal lawsuit. I only learned today, September 9, 2020 at 4:45pm CT that I am given the opportunity to respond to the motion to dismiss this federal case. As you can see in the evidence I have submitted since June 10, 2020, from my FOIA requests dated January 2020, and from all of my previous motions outlined below that were not filed due to "format" errors, I have been diligently meeting deadlines but blocked from a fair court process because my motions have not been considered by the Judge when I submitted them.

Additionally, retaliation from UIUC for reporting rape, sexual harassment, hate crimes (during conversion to Judaism), and disabillity prejudice, among other forms of retaliation and federal crimes to proper government agencies, my healthcare, employment, new employment opportunities, and disability accommodations that UIUC is legally obligated to provide and support, were withdrawn by force. Due to this repeat pattern of action against me the malicious retaliation has harmed me financially and UIUC Defendants' forcibly blocking my legally

mandated access to ALL of these UIUC resources, has even further disadvantaged me during these court proceedings. For example, Defendant Stephen Bryan and Justin Brown, as well as Alexis Thompson, Katherine Snyder, Stephanie Pregent, and others were fully aware that I am disabed and he forcibly withdrew me from UIUC just as my disability accommodations were finally being formally approved by UIUC. These individuals imposed unlawful restrictions on my access to these university resources, making me a burden on the federal government, and taxing Illinois State resources unreasonably and unnecessarily. These Deans and Chancellors also made unreasonable and prejudiced demands that I seek medical treatment my doctors believe to be unnecessary, which has cost me thousands of dollars and financially damaged me even further. In other words, I am legally entitled to Disability Services, accommodations, healthcare (which I paid for already), campus building access, and other resources at UIUC that would make it possible for me to more easily represent my federal lawsuit against UIUC. However, Stephen Bryan and Justin Brown, as well as Alexis Thompson, Katherine Snyder, and others are continuing to deny me these rights that I require in order to successfully finish my federal lawsuit.

Furthermore, the evidence documenting this repeat pattern of unlawful denials for legally required disability services and accomodations date back to Fall 2017 and is an undeniable repeat pattern of retaliation used by UIUC administration and Defendants to try and disadvantage me to evade legal liability for criminal behaviors that violate civil, state, federal and even possibly scientific code of ethics laws. These individuals and the Defendants of UIUC have absolutely everything to lose from my being permitted to present my evidence and federal case in your court. My evidence and documented repeat pattern of behavior proves that many of these Defendants have knowingly violated their code for retaining their medical licenses to conduct scientific research and abused their positions of power to tamper with, destroy and impede my federal cases. I am a neurologically "disabled" woman earning my PhD in a Neuroscience Program and this has, for some reason, been cause for prejudiced, unfair, discriminatory, and illegal actions against me.

**Supporting evidence:**
One document I want to include as evidence but have been denied access to submit by UIUC Justin Brown and Stephen Bryan, is an email chain written by the Director of my Neuroscience PhD Program, Dr. Martha Gillette, who illegally violated my Disability Rights and rights to confidentiality for my medical "disabilities" to make false defamatory statements that I was lying about my requests for accommodations. Her respected position as a Doctor in Biology gave her unfair power to make these unsupported defamatory written rumors to my professor at the time in one of my courses where I was denied proper Disability Services and accommodations after I requested them for an assignment. Heer position of power as Director of my PhD Program and multiple Departments at UIUC made it impossible for my professor and others to question her word. She sent these defamatory false rumors to Directors of other departments like Wendy Heller, the Director of the Psychology Department at UIUC, who later refused to support my work in her Department. All of these horrific prejudiced and defamatory rumors by Martha Gillette and others were made AFTER I filed Title IX reports which named Martha Gillette and

Stephanie Pregent as a respondent. It's important to state on record that I was actually charged by Stephen Bryan and Martha Gillette, Aron Barbey, Stephanie Pregent, Samuel Besheers and other defendants of my federal cases that my reports were made to "avoid academic responsibilities" and they argued that I should therefore be removed from my PhD position, which I was carried out by Stephen Bryan and Justin Brown. However, the naming of respondents in my Title IX Reports was done by Claire Sharples Brooks who was a Title IX investigator who handled my reports. I reported to Danielle Morrisson the Director of the Title IX Office as these incidents were occurring but her office then charged me with filing "false reports" and tried to make it appear as though I could not be satisfied with any investigator and other absurd charges. Claire Sharples Brooks filed a total of about 4 charges and then I was removed from campus for filing "too many" Title IX Reports. In other words, UIUC has a dysfunctional Title IX and HR system that results in even worse retaliation, re-victimization, victim blaming, and even interdepartmental squabbles of employees focused on not being blamed for this dysfunctional and outdated system.

**Please consider these motions and do not dismiss this Federal Lawsuit. You are truly the only person with authority (and hopefully impartial perspective) to judge these specific examples in my case in order to help everyone, especially students and graduate employees who are suffering irreversible career damages because they're reporting incidents they are legally obligated to report.** Again, I am not seeking financial gains but aim to work within the Federal Legal system to rule whether my case was legally handled in order to correct this damaging university-wide system for processing cases like mine, where victims of rape, assault, and discrimination are litrally punished, as I have been, by Disciplinary Offices on campus as if I were a bad student or "threat" to co-workers and professors who are frightened of being harmed by the Title IX and HR system as well. Clearly, this is a case for your Federal Court and I implore you to please give me a fair chance to present these facts to you.

*Supporting evidence:*
Another document that UIUC is refusing to release to you and me for this federal case and even my previously filed federal investigations (EEOC etc) is a written report that ALL of the respondents in my Title IX reports and other federal cases wrote about me. This report is a collection of their written malicious defamation that included their abuse of power as scientific researchers to formally block me from the university resources I needed in order to finish my Title IX reports, federal cases, and to access the Disability Services resources that would prove my "disabilities" are valid and that their actions against me violation 1) Disability Laws, 2) University of Illinois rules and regulations, 3) federal laws, 4) civil laws, 5) state laws, and 6) might warrant their positions at UIUC to be terminated or severely reduced in order to protect other vulnerable students. In other words, by denying my requests for disability services, and by prematurely and unlawfully removing from campus before these disability services could be formally processed and approved, their actions were in fact protecting them from legal liability for discriminating against me, making false unlawful statements about my disabilities, abusing their positions at UIUC to access my personal confidential records without permission, and retaliating against me for filing valid reports about their unlawful behavior.

***Supporting evidence:***

The Defendants in my federal cases abused their licenses as medical researchers, and abused their positions as professors at UIUC, to make false written descriptions of me (evidence blocked by Stephen Bryan, Justin Brown, and others) that I am a "threat" to campus, when in fact I am only a legal "threat" to these individuals. These Defendants mislead federal investigators with these false rumors to discredit my federal reports against them. I was then issued a series of unreasonable and impossible obstacles from Chancellors Stephen Bryan and Danita Brown Young based on these false defamatory rumors that constitute a federal crime of retaliation. Stephen Bryan refused to accept medical notes from my doctors, medical letters from specialists and other support documentation to prove that my reports to Title IX, reports to federal investigators and now my Federal Lawsuit against UIUC and Stephen Bryan are valid. The actions of Stephen Bryan and these respondents to my original Title IX and federal reports are making it impossible for me to prove them wrong within the UIUC university system, and to even gain access to the medical accommodations and university resources, or evidence for that matter, that I need to win my federal lawsuit. ALL of their demands for medical assessments were completed immediately, but Stephen Bryan is refusing to this day to accept them from licensed medical professionals. Accepting my doctors medical letters, assessments, and support documents would mean that the false statements about me from UIUC professors and administrators, including Stephen Bryan and Justin Brown themselves, are in fact false and grounds for possible termination of employment based civil, state, and federal laws, as well as University regulations.

*Additionally, Stephen Bryan, Justin Brown, Katherine Snyder, Martha Gillette, Stephanie Pregent, Aron Barbey, and others are not even legally permitted to review these medical documents under ADA Laws, and the legally approved Offices on campus at UIUC have already reviewed and approved these documents as valid. There is no mistaking that these retaliatory blocks to UIUC resources are serving and benefitting the UIUC employees I reported for federal crimes to the federal government. **The proper UIUC Ethics Offices and Title IX Offices who should have protected my Whistleblower rights did nothing.** I am disappointed that it requires me to use State and Federal resources to now enforce civil, state, and federal laws to prevent these blocks to university accommodations (such as healthcare and disability services) and blocks to evidence I have requested for my federal cases. Blocks to the resources I need throughout this court process by UIIUC Defendants, as well as blocks to my ability to receive employment in academia and my area additionally disadvantages me from even paying out of pocket for the necessary accommodations and Disability Services required for this federal lawsuit. All of my financial records will prove that I was already *picking up the check* that UIUC has been legally obligated to pay to give me Disability Services, accommodations, and academic resources I needed for my job on-campus. Now, unfortunately, they're again skipping out on the bill and passing it to the Federal Court System which I think is undeniably inexcusable and reprehensible.

In other words, there is ample motive to suggest that the Defendants in my federal cases have acted selfishly, have been motivated by fear of getting caught for their illegal behavior, and have additionally **even gone out of their way to abuse their positions of power, exploit University of Illinois resources to cover-up, tamper with, destroy and impede federal investigations and now this federal court case.** It is my personal belief, though it is up to a Judge to decide, that these Defendatns have become ingrained within systemic tactics that have been used repeatedly against other victims of rape, assault, sexual harassment, and other pesky "disruptions" to campus like prejudice or hate crimes. **I have evidence to prove that this systemic silencing of students and graduate employees who are victims of physical harm and other discriminatory behaviors, has been ingrained within the University of Illinois Urbana-Champaign campus for such a long time that until someone from a position of authority, such as a Federal Judge, rules that these harmful behaviors are illegal, they will continue to do this to many other innocent students and graduate employees who are too vulnerable to defend themselves.** I can prove that the financial resources that it took just for me to have the opportunity to even make it to Federal Court and share these facts with you, totalled over $64,000 and even included me studying remotely at Stanford University where these Defendants were not in positions where they could continue to harm me.

The motion with the subject "IMMEDIATE ACTION REQUIRED - Case No. 20-2162" includes many of these **timely, and previously submitted motions:**

**Original requests emailed in smaller parts June 10, 2020 to:** Kerin Burns <Kerin_Burns@ilcd.uscourts.gov>

**Original requests emailed in smaller parts June 11, 2020 to:** Kerin Burns <Kerin_Burns@ilcd.uscourts.gov>

**Original requests emailed in smaller parts June 15, 2020 to:** Kerin Burns <Kerin_Burns@ilcd.uscourts.gov>

**Original requests emailed in smaller parts June 17, 2020 to:** Kerin Burns <Kerin_Burns@ilcd.uscourts.gov>

**Original requests emailed in smaller parts July 17, 2020 to:** Kerin Burns <Kerin_Burns@ilcd.uscourts.gov>

**Original requests emailed in smaller parts July 18, 2020 to:** Kerin Burns <Kerin_Burns@ilcd.uscourts.gov>

**Original requests emailed in smaller parts July 21, 2020 to:** Kerin Burns <Kerin_Burns@ilcd.uscourts.gov>

**Original requests emailed in smaller parts July 22, 2020 to:** "Tammy R. Weikert" <tweikert@co.rock-island.il.us>, Circuit Clerk Supervisors <CircuitClerkSupervisors@co.rock-island.il.us> "Teresa A. Ricke" <tricke@co.rock-island.il.us>

**Original requests emailed in smaller parts July 22, 2020 to:** Kerin Burns <Kerin_Burns@ilcd.uscourts.gov>

**Original requests emailed in smaller parts July 23, 2020 to:** Kerin Burns <Kerin_Burns@ilcd.uscourts.gov>

**Original requests emailed in smaller parts July 23, 2020 to:** Kerin Burns <Kerin_Burns@ilcd.uscourts.gov> mail@champaigncountyclerk.com

**Original requests emailed in smaller parts July 27, 2020 to: Shantall Jones** <sjones@co.champaign.il.us>

**Original requests emailed in smaller parts July 27, 2020 to: Kelly Fifer** <kfifer@co.champaign.il.us>

**Original requests emailed in smaller parts July 28, 2020 to: Shantall Jones <sjones@co.champaign.il.us>, cccircuitclerk@co.champaign.il.us**

**Original requests emailed in smaller parts July 31, 2020 to: Champaign County Circuit Clerk <cccircuitclerk@co.champaign.il.us>**

**Original requests emailed in smaller parts August 3, 2020 to:** cccircuitclerk@co.champaign.il.us

**Original requests emailed in smaller parts August 10, 2020 to:** Kerin Burns <Kerin_Burns@ilcd.uscourts.gov>

**Original requests emailed in smaller parts August 31, 2020 to:**
Teresa Cronk <Teresa_Cronk@ilcd.uscourts.gov> Kerin Burns <Kerin_Burns@ilcd.uscourts.gov>

**September 4, 2020 -- Emailed to:** Public Access <PAccess@atg.state.il.us>, paccess@atg.state.il.us, ljefferson@atg.state.il.us, publicaccess@atg.state.il.us, Teresa Cronk <Teresa_Cronk@ilcd.uscourts.gov>, "Clark-Joseph, Mary Kaitlyn" <mkclarkjoseph@atg.state.il.us>, temporary_efiling@ilcd.uscourts.gov, Temporary_efiling@icd.uscourts.gov

Sincerely,
℅ Rose Meacham
325 Ramblewood Dr, Glen Ellyn, IL 60137
650.740.3984