Division of Disability Resources and Educational Services

**LETTER OF ACADEMIC ACCOMMODATIONS**
**CONFIDENTIAL, PLEASE SHRED AT SEMESTER'S END**

Student: Rose Meacham
Effective: 12/09/2019 (Revised)                                    EXPIRES: 08/23/2020

Dear Faculty Member:

This letter of academic accommodations is on behalf of Rose Meacham who is registered with the Division of Disability Resources and Educational Services (DRES) as a student with a disability.

The following academic accommodations are needed for the student.

1. The student, when experiencing an exacerbation of their disability-related condition, should be granted permission to make up assignments, within a reasonable period of time after the due date, without any penalty.

    The disabilities covered under this accommodation are episodic/sporadic in nature. When the student experiences an exacerbation of their disability-related condition and are unable to submit an assignment due to their disability, the student needs to notify the instructor and DRES Access Specialist as soon as reasonably possible (preferably on or before the due date). Arrangements for extensions should be made in consultation with the student, instructor, and DRES Access Specialist and placed in writing.

    These accommodations are not intended to substantially alter the nature of the course. Students are expected to meet the essential requirements of the course objectives as stated in the syllabus. If the instructor believes that the number of extensions of time being incurred by the student has risen to the point of altering the nature of the course, the instructor should contact DRES so that the matter can be discussed.

2. Use of 1.5 extended time for exams and quizzes.

3. Use of a distraction-reduced environment to take exams and quizzes.



Division of Disability Resources and Educational Services

4. The student, when experiencing an exacerbation of their disability-related condition, should not be penalized for missing class, arriving late, or leaving class early. The student should be allowed to submit any assignments, or sit for any quizzes or exams that were missed due to that absence as soon as possible.

The disabilities covered under this accommodation are episodic/sporadic in nature. When the student experiences an exacerbation of their disability-related condition and are unable to attend class due to their disability, the student needs to notify the instructor and DRES Access Specialist as soon as reasonably possible to make the necessary arrangements for submitting any missed assignments, or sitting for their exam or quiz. Arrangements should be made in consultation with the student, instructor, and DRES Access Specialist and placed in writing.

These accommodations are not intended to substantially alter the nature of the course. Students are expected to meet the essential requirements of the course objectives as stated in the syllabus. If the instructor believes that the number of absences being incurred by the student has risen to the point of altering the nature of the course, the instructor should contact DRES so that the matter can be discussed.

**Please be aware that this information has been disclosed with Rose Meacham's consent and is therefore confidential. Permission to share this information with anyone else must be obtained from the student.**

Please note that the accommodations are based on currently known and reported academic circumstances which directly impact the disability. It is not always possible to predict precisely how a disability may impact performance within each course. Therefore, it may be necessary to amend the accommodation during the semester. Further, instructors are not legally required to substantially alter their courses as an accommodation. Whenever it is considered that the accommodation is insufficient or unacceptable within the context of a particular course, please contact DRES immediately. DRES will schedule a meeting with all involved persons in order to facilitate the identification of a mutually acceptable accommodation solution.

Students play a vital cooperative role in arranging the accommodations by meeting with the professor in a timely manner so that the department has advanced notice.

In the event that quizzes or exams cannot be arranged in the department due to extraordinary circumstances, the following procedure is recommended:

At the time of the student's initial meeting with the professor, the exam schedule should be discussed in terms of dates, time allowances, and possible accommodative sites in the department. If it is determined during the discussion that arrangements need to be made with the DRES Testing Accommodations Center (TAC), the student should sign up at the DRES website listed at the end of this letter at least one full week in advance to make arrangements. An email from TAC will go out to the instructor with details as soon as the student schedules.

If questions should arise from either party concerning the departmental arrangements, or the implementation of the accommodations, please call me at 217-300-3646 or email me at rgraddy@illinois.edu.

On behalf of the student, we thank you for your consideration.



 Division of Disability Resources and Educational Services

Dr. Rachel Graddy, OTD, OTR/L
Coordinator of Student Services, Access Specialist, and Occupational Therapist
Phone: 217-300-3646  Fax: 217-244-0014

**ADDITIONAL INFORMATION:**

DRES Testing Center: https://www.disability.illinois.edu/academic- support/accommodations/testing-accommodations

DRES Testing Accommodations Center: Phone 217-333-4604, Email dres-testing@illinois.edu

University policies and procedures related to student disability services are included on the Division's website: (https://www.disability.illinois.edu).