September 10, 2020

Subject: Prejudiced Power Imbalance (correction) - Case No. 20-2162

Plaintiff: Rose Meacham
Defendant: University of Illinois and associates


Dear Central Circuit Court Federal Judge:

**I have respectfully asked that we please move the court case immediately before my response to the Defendants motion to dismiss is due. This would give me the opportunity to check with the Northern District Court Clerks in-person and receive Disability Resources I need to "format documents" properly and to even be able to respond to the motion to dismiss.** I am currently representing myself pro se, which places me at a disadvantage. It is also a disadvantage to my case if the case itself becomes delayed and the timing drags on unnecessarily. My response to the motion to dismiss the federal court case was apparently due on September 4, 2020 but I did not even know about this deadline until yesterday.

The motion that I submitted for a "hard stop" or delay on the court case until I am appointed an attorney is only necessary due to the way the case is being handled by the Central District Court. I am requesting that the case be moved to Northern District Court, where I am now geographically closest to and where I am able to access the proper court resources, including retrieving the documents and Defendant Responses and Motions in-person. Being able to access these documents in-person and to be able to speak with the Northern District Court Clerks in-person regularly, without physical harm or financial damages to travel long distances to meet them, would greatly support my disabilities and help ensure I receive a fair and unbiased judicial court process. I have submitted motions to this affect for disability resources, and requests for assistance and motions that were timely but were not in the right "format" for the Clerks in the Central District Court to submit them and they refused to share time sensitive motions and requests for this very thing -- as previously stated this has made my current ability to respond to the motion to dismiss impossible and it is disadvantaging me severely throughout this process, robbing me of my rights to a fair and judicial process in the State of Illinois in an already disadvantaged David and Goliath type court case.

**The need to appoint an attorney for my response to the motion to dismiss and to delay or "hard stop" the decision process about this unlawful dismissal, is only necessary due to the unlawful and biased manner in which my federal case is being handled by the Central District Court.** I understand that my requests for Disability Services and accommodations have been denied by the Central District Court Clerks and because these Cerks have unreasonable requirements for document "formatting" and other superficial requirements that are keeping my

submissions to you, Honorable Judge, from being entered into the Docket, I have been unable to have a fair judicial process thus far.

It is actually disadvantaging me for the hard stop and further delays to my case to wait for an attorney to be appointed so my documents are "formatted" properly and my motions, evidence, and other submissions are entered into the Docket and shared with you in a timely manner. Because I need to now respond to this very serious and unlawful attempt by the Defendant University of Illinois to evade legal responsibility for their actions, I am unsure how to best handle this. I will try my best to respond to this motion for dismissal as quickly as possible if you are not able to assign an attorney or to grant my accommodations in a quick enough manner to avoid these delays.

I therefore respectfully ask that you please honor my requests to receive a fair trial, especially due to the fact that I am already so disadvantaged in this court case against the largest research university in the State of Illinois. Moving the Court Case to the Northern District Courthouse by Monday, September 14, 2020 would enable me to respond to the motion to dismiss the federal lawsuit by September 21, 2020. As far as I can tell, the geographical location would ensure that I am able to access the court resources I require for my disabilities and in order to receive a fair and unbiased review of the court documents. It would enable me to receive the Disability Services I need to speak with the court clerks in-person for timely Docket submissions. This would ensure there are no further delays to my court case, which truly place me in an even further unfair disadvantage.

Thank you very much for your review of these documents and to ensure I receive a fair trial by reviewing these motions and the evidence and facts I have tried to share with your office.


Sincerely,
℅ Rose Meacham
325 Ramblewood Dr, Glen Ellyn, IL 60137
650.740.3984