UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
OFFICE OF THE CLERK
201 S. VINE ST.
ROOM 218
URBANA, ILLINOIS 61802-3348

OFFICIAL BUSINESS

CHAMPAIGN IL 618
10 SEP 2020 PM 4 L

FILED
20-2162
SEP 21 2020   #15

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Rose Meacham
325 Ramblewood Drive
Glen Ellyn, IL 60137

NIXIE 601 FE 1 0009/16/20
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 61802331799 *2142-07975-10-39