September 21, 2020

Subject: Motion for Status Conference with Judge, Defendants - Case No. 20-2162

Plaintiff: Rose Meacham
Defendant: University of Illinois and associates

**<u>I respectfully request a motion for a status conference including the Judge and Defendants.</u>**

Sincerely,
℅ Rose Meacham
**358 Spruce Lane,** Apt 104 Glen Ellyn, IL 60137
650.740.3984