# UNITED STATES DISTRICT COURT
## for the
## Central District of Illinois

_____ )
Plaintiff(s) )
 )
　　　　vs. ) Case Number:_____
 )
_____ )
Defendant(s) )

## MOTION TO REQUEST COUNSEL

1. I, _____, declare that I am (check one) ☐ Plaintiff ☐ Defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and I request that the Court assist me in seeking volunteer counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have contacted the following attorneys/organizations seeking representation in this case: **(This item must be completed, and you should attach documentation showing that you have asked several attorneys to represent you in this case.)**

3. In further support of my motion, I declare that (check appropriate box):

    ☐　　I am not currently, nor previously have been represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

    ☐　　I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

    ☐　　I have attached an original Application to Proceed In Forma Pauperis detailing my financial status.

    ☐　　I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

4. (continued)

☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. In further support of my motion, I declare that my highest level of education is (check one):

☐ Grammar school only   ☐ Some high school   ☐ High School graduate

☐ Some college           ☐ College graduate    ☐ Post-graduate

6. (Check <u>only</u> if applicable): ☐ In further support of my motion, I declare that my ability to speak, write, and/or read English is limited, because English is not my primary language or because (explain reason):



7. I declare under penalty of perjury that the foregoing is true and correct.


Date: _____        _____
                                 Movant's Signature

                                 _____
                                 Street Address

                                 _____
                                 City/State/Zip


**Failure to complete all items in this form may result in the denial of this motion.**