Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Rose Meacham** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case Number: 20-cv-2162 |
| | ) |
| **University of Illinois, et al.** | ) |
| | ) |
| **Defendant.** | ) |

### JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.  This action came before the Court, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the case is dismissed with prejudice and is terminated.

**Dated: 5/10/2021**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court