E-FILED
Friday, 26 August, 2022  12:40:38 PM
Clerk, U.S. District Court, ILCD

21,25,APPEAL,CLOSED,PROSE,REFER

# U.S. District Court
# CENTRAL DISTRICT OF ILLINOIS (Urbana)
# CIVIL DOCKET FOR CASE #: <u>2:20-cv-02162-CSB-EIL</u>

| | |
|---|---|
| Meacham v. University of Illinois Urbana Champaign et al | Date Filed: 06/10/2020 |
| Assigned to: Judge Colin Stirling Bruce | Date Terminated: 05/11/2021 |
| Referred to: Magistrate Judge Eric I. Long | Jury Demand: Plaintiff |
| Cause: 42:2000e Job Discrimination (Employment) | Nature of Suit: 442 Civil Rights: Jobs |
| | Jurisdiction: Federal Question |

**<u>Plaintiff</u>**

**Rose Meacham**                    represented by  **Rose Meacham**
325 Ramblewood Drive
Glen Ellyn, IL 60137
605-740-3984
PRO SE

V.

**<u>Defendant</u>**

**University of Illinois Urbana
Champaign**
*TERMINATED: 01/19/2021*

**<u>Defendant</u>**

**Office of the Dean of Students**
*TERMINATED: 01/19/2021*

**<u>Defendant</u>**

**Aron K Barbey**                   represented by  **Peter G Land**
*TERMINATED: 01/19/2021*                          HUSCH BLACKWELL LLP
Suite 2200
120 S Riverside Plaza
Chicago, IL 60606
312-526-1631
Fax: 312-655-1501
Email: <u>Peter.Land@huschblackwell.com</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary Elizabeth Deweese**
HUSCH BLACKWELL LLP
Suite 2200
120 S Riverside Plaza
Chicago, IL 60606
312-655-1500
Fax: 312-655-1501
Email: <u>mary.deweese@huschblackwell.com</u>

*ATTORNEY TO BE NOTICED*

**Defendant**

**Board of Trustees**                    represented by  **Peter G Land**
*Official and Individual capacities*                     (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Mary Elizabeth Deweese**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Stephen Bryan**                        represented by  **Peter G Land**
*TERMINATED: 01/19/2021*                                 (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Mary Elizabeth Deweese**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Robert J Jones**                       represented by  **Peter G Land**
*Chancellor of the University of Illinois at*            (See above for address)
*Urbana−Champaign*                                       *LEAD ATTORNEY*
*TERMINATED: 01/19/2021*                                 *ATTORNEY TO BE NOTICED*

                                                         **Mary Elizabeth Deweese**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Graduate College**
*TERMINATED: 01/19/2021*

**Defendant**

**Neuroscience Program**
*TERMINATED: 01/19/2021*

**Defendant**

**Office for Student Conflict Resolution**
*TERMINATED: 01/19/2021*

**Defendant**

**Office of the Provost**
*TERMINATED: 01/19/2021*

**Defendant**

**Samuel Beshers**
*TERMINATED: 01/19/2021*

represented by   **Peter G Land**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary Elizabeth Deweese**
(See above for address)
*ATTORNEY TO BE NOTICED*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 06/10/2020 | 1 | | COMPLAINT against All Defendants,filed by Rose Meacham. (Attachments: # 1 Complaint Supplement, # 2 Civil Cover Sheet, # 3 Exh 1, # 4 Exh 2, # 5 11 Summons forms, # 6 11 USM 285 forms)(SKR, ilcd) (Attachment 2 replaced on 6/11/2020) (SKR, ilcd). (Entered: 06/11/2020) |
| 06/10/2020 | 2 | | MOTION for Leave to Proceed in forma pauperis by Plaintiff Rose Meacham. Responses due by 6/24/2020 (SKR, ilcd) (Entered: 06/11/2020) |
| 06/15/2020 | 3 | | ORDER entered by Magistrate Judge Eric I. Long on 6/15/20 granting Motion for Leave to Proceed in forma pauperis 2 . US Marshal to serve complaint and summons upon Defendant. See written Order. (Consent packet attached.) (TC, ilcd) (Entered: 06/15/2020) |
| 06/15/2020 | 4 | | Summons Issued as to All Defendants. (Service packet mailed to USMs.) (TC, ilcd) (Entered: 06/15/2020) |
| 07/22/2020 | 5 | | **STRICKEN** MOTION for Protection Orders (Beshers) by Plaintiff Rose Meacham. Responses due by 8/5/2020 (Attachments: # 1 Bryan, # 2 Cheng, # 3 Cohen, # 4 Gillette, # 5 Justin Brown, # 6 Pregen, # 7 Thompson, # 8 Barbey)(KB, ilcd) Modified on 7/23/20 to show **STRICKEN** per 7/23/20 Text Order (TC, ilcd). (Entered: 07/22/2020) |
| 07/23/2020 | | | TEXT ORDER entered by Magistrate Judge Eric I. Long on 7/23/20. On 7/22/20 Plaintiff filed several applications for an Order of Protection 5 . The Order of Protection form indicates that the form is approved by the Supreme Court of Illinois for the use in Illinois Circuit Courts. The Federal court does not have jurisdiction over personal orders of protection. The Court directs the Clerk to STRIKE docket entry 5 and the accompanying exhibits. (TC, ilcd) (Entered: 07/23/2020) |
| 08/03/2020 | 6 | | SUMMONS Returned Executed by Rose Meacham. Aron K Barbey served on 7/31/2020, answer due 8/21/2020; Samuel Beshers served on 7/31/2020, answer due 8/21/2020; Board of Trustees served on 7/31/2020, answer due 8/21/2020; Stephen Bryan served on 7/31/2020, answer due 8/21/2020; Graduate College served on 7/31/2020, answer due 8/21/2020; Robert J Jones served on 7/31/2020, answer due 8/21/2020; Neuroscience Program served on 7/31/2020, answer due 8/21/2020; Office for Student Conflict Resolution served on 7/31/2020, answer due 8/21/2020; Office of the Dean of Students served on 7/31/2020, answer due 8/21/2020; Office of the Provost served on 7/31/2020, answer due 8/21/2020; University of Illinois Urbana Champaign served on |

| | | | |
|---|---|---|---|
| | | | 7/31/2020, answer due 8/21/2020. (JMB, ilcd) (Entered: 08/03/2020) |
| 08/05/2020 | 7 | | Mail Returned as Undeliverable, re 7/23/20 Text Order sent to Rose Meacham; returned by US Postal Service as "Return to Sender, Insufficient Address." (TC, ilcd) (Entered: 08/06/2020) |
| 08/10/2020 | | | TEXT ORDER entered by Magistrate Judge Eric I. Long on 8/10/20. The Clerk's Office attempted to reach Plaintiff by phone, but Plaintiff's voicemail box was full. The Court directed the Clerk to send Plaintiff a copy of the docket by email, and directed Plaintiff to update her mailing address and phone number with the Court or risk dismissal of her case. (TC, ilcd) (Entered: 08/10/2020) |
| 08/18/2020 | 8 | | NOTICE of Appearance of Attorney by Peter G Land on behalf of Aron K Barbey, Samuel Beshers, Board of Trustees, Stephen Bryan, Robert J Jones (Land, Peter) (Entered: 08/18/2020) |
| 08/18/2020 | 9 | | MOTION for Extension of Time to File *Response to Complaint* by Defendant Board of Trustees. Responses due by 9/1/2020 (Land, Peter) (Entered: 08/18/2020) |
| 08/18/2020 | 10 | | NOTICE of Appearance of Attorney by Mary Elizabeth Deweese on behalf of Aron K Barbey, Samuel Beshers, Board of Trustees, Stephen Bryan, Robert J Jones (Deweese, Mary) (Entered: 08/18/2020) |
| 08/19/2020 | | | TEXT ORDER entered by Magistrate Judge Eric I. Long on 8/19/2020. Defendant's Motion for Extension of Time to File Response 9 is GRANTED. Defendant's deadline to respond to Plaintiff's Complaint is extended to 9/20/20. (JMB, ilcd) (Entered: 08/19/2020) |
| 08/19/2020 | | | Reset Deadlines: All Defendants answer due 9/20/2020. (JMB, ilcd) (Entered: 08/19/2020) |
| 08/21/2020 | 11 | | MOTION to Dismiss *The Complaint* by Defendants Aron K Barbey, Samuel Beshers, Stephen Bryan, Robert J Jones. Responses due by 9/4/2020 (Land, Peter) (Entered: 08/21/2020) |
| 08/21/2020 | 12 | | MEMORANDUM *of Law In Support of Motion to Dismiss the Complaint* re 11 MOTION to Dismiss *The Complaint* by Aron K Barbey, Samuel Beshers, Stephen Bryan, Robert J Jones. (Land, Peter) (Entered: 08/21/2020) |
| 08/31/2020 | | | TEXT ORDER entered by Magistrate Judge Eric I. Long on 8/31/2020. The Court directs the Clerk to send Plaintiff Rule(c) notice of Defendant's Motion to Dismiss 11 . Plaintiff's deadline to respond to Defendant's Motion to Dismiss is extended to 9/15/20. (Responses due by 9/15/2020)(DS, ilcd) (Entered: 08/31/2020) |
| 09/01/2020 | 13 | | RULE 12(C) NOTICE entered re 11 MOTION to Dismiss *The Complaint* to pro se plaintiff. (DS, ilcd) (Entered: 09/01/2020) |
| 09/01/2020 | 14 | | Mail Returned as Undeliverable, re 8/19/20 Text Order sent to Rose Meacham. (Attachments: # 1 Envelope) (TC, ilcd) (Entered: 09/01/2020) |
| 09/08/2020 | 16 | | Mail Returned as Undeliverable, re 8/31/2020 Text Order regarding Motion 11 . Mail sent to Rose Meacham at 325 Ramblewood Drive, Glen Ellyn, IL 60137. (KM, ilcd) (Entered: 09/10/2020) |
| 09/09/2020 | 15 | | |

| | | | |
|---|---|---|---|
| | | | TEXT ORDER entered by Magistrate Judge Eric I. Long on 9/9/20. Pro se Plaintiff has sent multiple emails to the Court's temporary_efiling address. Plaintiff's emails do not comply with the Court's General Order 20–02. Pursuant to the General Order, Plaintiff's emails may not include comments, questions, or other messages. Plaintiff must only include an attachment that contains her entire filing. Future emails that do not comply with General Order 20–02 will be ignored. The Court directs the Clerk to attach a copy of General Order 20–02 to this order. (TC, ilcd) (Entered: 09/09/2020) |
| 09/09/2020 | 17 | | MOTION to Transfer Case to Northern District, MOTION to Request Counsel, MOTION for Protective Order, MOTION for Subpoenas as to Evidence by Plaintiff Rose Meacham. Responses due by 9/23/2020 (Attachments: # 1 Exhibit Gmail–FOIA Neuroscience Program, # 2 Exhibit Gmail–FOIA BIT, # 3 Exhibit Gmail–FOIA Graduate College, # 4 Exhibit Gmail–FOIA OSCR, # 5 Exhibit Gmail–FOIA Request External Correspondence, # 6 Exhibit FOIA Request for All Media, Data, Audio, and Video, # 7 Exhibit Gmail–FOIA Request 20–029, # 8 Exhibit Gmail–FOIA Request Data Collection, # 9 Exhibit Gmail–FOIA Request Courses, # 10 Exhibit Gmail–FOIA Request, # 11 Exhibit Gmail–FOIA, # 12 Exhibit Gmail–Request for Medical Documentation, # 13 Exhibit Gmail–Reports of Terrorism–Blocks to Orders of Protection IL State Courts Sept 2020, # 14 Exhibit IDHR NY SEPTEMBER 2020 New York State Division of Human Rights) (KM, ilcd) (Entered: 09/10/2020) |
| 09/09/2020 | 18 | | SECOND MOTION to Transfer Case to Northern District by Plaintiff Rose Meacham. Responses due by 9/23/2020 (KM, ilcd) (Entered: 09/10/2020) |
| 09/10/2020 | 19 | | MOTION for decision regarding the motion to dismiss the federal court case to be delayed until an attorney is appointed to plaintiff Rose Meacham so she can fairly respond by Plaintiff Rose Meacham. Responses due by 9/24/2020. (KM, ilcd) Modified on 9/11/2020 to correct name of motion from Immediate Hard Stop at request of plaintiff. (KM, ilcd). (Entered: 09/10/2020) |
| 09/10/2020 | 20 | | MOTION for ruling on the exact civil, state and federal right categories for case; including distrinction between hate crimes by Plaintiff Rose Meacham. Responses due by 9/24/2020 (KM, ilcd) (Entered: 09/10/2020) |
| 09/10/2020 | 21 | | MOTION that repeat requests for disability services and accommodations be approved and MOTION to Request Counsel by Plaintiff Rose Meacham. Responses due by 9/24/2020 (KM, ilcd) (Entered: 09/10/2020) |
| 09/10/2020 | 22 | | MOTION for evidence to be subpoenaed in order to better support response to defendant's motion to dismiss by Plaintiff Rose Meacham. Responses due by 9/24/2020 (KM, ilcd) (Entered: 09/10/2020) |
| 09/10/2020 | 23 | | Exhibit DRES Accommodation Letter re MOTIONS 19 20 21 22 by Rose Meacham. (KM, ilcd) (Entered: 09/10/2020) |
| 09/10/2020 | 24 | | Letter from Rose Meacham requesting name of Motion 19 be corrected. (Clerk made correction.) (KM, ilcd) (Entered: 09/11/2020) |
| 09/10/2020 | 25 | | MOTION to move court case immediately before response is due to have opportunity to check with Northern District Court Clerk's in–person and receive Disability Resources by Plaintiff Rose Meacham. Responses due by 9/24/2020. (KM, ilcd) (Entered: 09/11/2020) |

| 09/18/2020 | 26 | | Mail Returned as Undeliverable, re 13 . Mail sent to Rose Meacham (JMB, ilcd) (Entered: 09/18/2020) |
|---|---|---|---|
| 09/18/2020 | 27 | | RESPONSE to Motion re 22 MOTION for evidence to be subpoenaed in order to better support response to defendant's motion to dismiss, 20 MOTION for ruling on the exact civil, state and federal right categories for case; including distinction between hate crimes, 21 MOTION that repeat requests for disability services and accommodations be approved MOTION to Request Counsel, 18 MOTION to Transfer Case, 25 MOTION to Transfer Case, 17 MOTION to Transfer Case MOTION to Request Counsel MOTION for Protective Order MOTION for Subpoenas as to Evidence, 19 MOTION for Immediate Hard Stop filed by Defendants Aron K Barbey, Samuel Beshers, Board of Trustees, Stephen Bryan, Robert J Jones. (Land, Peter) (Entered: 09/18/2020) |
| 09/21/2020 | 28 | | MOTION for More Definite Statement *Under Rule 12(E), to Strike Under Rule 12(F), and/or to Dismiss the Complaint Under Rule 12(B)6)* by Defendant Board of Trustees. Responses due by 10/5/2020 (Land, Peter) (Entered: 09/21/2020) |
| 09/21/2020 | 29 | | MEMORANDUM in Support re 28 MOTION for More Definite Statement *Under Rule 12(E), to Strike Under Rule 12(F), and/or to Dismiss the Complaint Under Rule 12(B)6)* filed by Defendant Board of Trustees. (Land, Peter) (Entered: 09/21/2020) |
| 09/22/2020 | 30 | | Mail Returned as Undeliverable, re 15 . Mail sent to Rose Meacham. (TC, ilcd) (Entered: 09/22/2020) |
| 09/22/2020 | 31 | | Mail Returned as Undeliverable, re 16 . Mail sent to Rose Meacham. (TC, ilcd) (Entered: 09/22/2020) |
| 09/23/2020 | 32 | | MOTION for Court to Set a Status Conference by Plaintiff Rose Meacham. Responses due by 10/7/20. (TC, ilcd) (Entered: 09/23/2020) |
| 11/12/2020 | 33 | | ORDER entered by Magistrate Judge Eric I. Long on 11/12/20. Motions 17 , 19 , 21 , 22 , 32 are DENIED; 25 is DENIED in part and GRANTED in part; and 18 and 20 are DENIED as moot. Plaintiff's deadline to respond to the pending Motions to Dismiss is extended to 11/30/20. The Court directs the Clerk to include a copy of the form Motion for Counsel with this Order. See written Order. (Attachments: # 1 Motion Requesting Attorney) (TC, ilcd) (Entered: 11/12/2020) |
| 01/15/2021 | 34 | | Mail Returned as Undeliverable, re 33 . Mail sent to Rose Meacham. (TC, ilcd) (Entered: 01/19/2021) |
| 01/19/2021 | 35 | | ORDER entered by Judge Colin Stirling Bruce on 1/19/21. The Individual Defendants' Motion to Dismiss 11 is GRANTED. Plaintiff's Complaint is dismissed with prejudice as to Defendants Aron Barbey, Stephen Bryan, Robert Jones, and Samuel Beshers. They are terminated as defendants. The Boards Motion 28 is GRANTED in part and DENIED in part. It is GRANTED as to the Rule 12(e) motion, DENIED as to the Rule 12(f) motion, and GRANTED in part and DENIED in part as to the Rule 12(b)(6) motion. Counts IV and V are dismissed with prejudice. Counts I, II, and III are dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 12(e). Within 21 days of the entry of this Order, Plaintiff may file an amended complaint that meets the requirements of Federal Rule of Civil Procedure 8(a). If Plaintiff fails to file an |

| | | |
|---|---|---|
| | | amended complaint within the time frame, the dismissal will be converted to a dismissal with prejudice and the case will be terminated. The Institutional Defendants (the University of Illinois Urbana–Champaign, the Office for Student Conflict Resolution, the Graduate College, the Neuroscience Program, the Office of the Dean of Students, and the Office of the Provost) are dismissed from this action and terminated as defendants. This case is referred to Magistrate Judge Eric I. Long for further proceedings in accordance with this order. See written Order. (TC, ilcd) (Entered: 01/19/2021) |
| 02/03/2021 | 36 | Mail Returned as Undeliverable, re 35 . Mail sent to Rose Meacham. (TC, ilcd) (Entered: 02/04/2021) |
| 04/13/2021 | | TEXT ORDER entered by Judge Colin Stirling Bruce on 4/13/2021. Plaintiff failed to file an amended complaint within 21 days of the court's Order 35 entered 1/19/21. After reviewing the docket, the court notes that Order 35 was mailed to Plaintiff at her address on file with the court: 325 Ramblewood Drive, Glen Ellyn, IL 60137. However, Plaintiff's Motion for Status Conference 32 , which was denied in a prior Order 33 , listed Plaintiff's address as 358 Spruce Lane, Apt. 104, Glen Ellyn, IL 60137. Plaintiff is reminded that she must notify the court of any change of mailing address. Out of an abundance of caution, the Clerk is directed to mail this text order and the court's prior Order 35 to Plaintiff at the Spruce Lane address. Within seven (7) days of receipt of this text order, Plaintiff is directed to file notice of her current address with the court. Plaintiff is granted an additional 21 days in which to file an amended complaint. If Plaintiff does not file an amended complaint within 21 days of entry of this text order, dismissal of Counts I, II, and III pursuant to the prior Order 35 will be converted to dismissal with prejudice and this case will be terminated.(BMG) (Entered: 04/13/2021) |
| 04/13/2021 | | Set/Reset Deadlines/Hearings: Amended Pleadings deadline for Plaintiff to file an amended complaint set for 5/4/2021. (BMG) (Entered: 04/16/2021) |
| 04/22/2021 | 37 | Mail Returned as Undeliverable, re Text Order entered 4/13/2021 to Rose Meacham at 358 Spruce Lane, Apt. 104, Glen Ellyn, IL 60137. (BMG) (Entered: 04/22/2021) |
| 04/23/2021 | 38 | Mail Returned as Undeliverable, re Docket Entry 4/13/2021 setting deadline to file Amended Complaint to Rose Meacham. (BMG) (Entered: 04/23/2021) |
| 05/11/2021 | | TEXT ORDER entered by Judge Colin Stirling Bruce on 5/11/2021. Plaintiff did not file an amended complaint within 21 days of the court's text order entered on April 13, 2021. Pursuant to that text order and the court's written Order 35 entered January 19, 2021, Counts I, II, and III are now dismissed with prejudice and the case is terminated.(BMG) (Entered: 05/11/2021) |
| 05/11/2021 | 39 | JUDGMENT entered. (BMG) (Entered: 05/11/2021) |
| 05/20/2021 | 40 | Mail Returned as Undeliverable, re 39 Judgment and Text Order to Rose Meacham. (BMG) (Entered: 05/20/2021) |
| 08/26/2022 | 41 | NOTICE OF APPEAL as to 35 Order by Rose Meacham. (Attachments: # 1 Cover Letter from USCA Sending Notice of Appeal, # 2 Envelope) (TC) (Entered: 08/26/2022) |

E-FILED
Friday, 26 August, 2022 12:31:48 PM
Clerk, U.S. District Court, ILCD

APPEAL Case 20-02162

**FILED**
20-2162
AUG 2 6 2022

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

Notice of Appeal
File with Central District Court

**U.S.C.A. – 7th Circuit
R E C E I V E D**

**AUG 1 8 2022 CAG**

Dear Illinois Central and Northern District Courts -

The term "APPEAL" does not accurately depict the situation at hand with my Case listed as 20-02162 filed with the Central District Court in the State of Illinois. I have been blocked from a fair trial of ANY kind. In part, the damages and the severe harms from the Defendants in this case, coupled with the Systemic biases and/or corrupted systems in the State of Illinois have prevented my case from even being issued a ruling of ANY kind. It is also possible that the Defendants, who are well versed with the dysfunctional Systems in the State of Illinois (such as fair housing and other services) harmed me in a manner whereby these blocks to my case are entirely their responsibility, and not also the responsibility of the State of Illinois itself.

My case was unlawfully dismissed. And I am attempting to finish this case, which was never even reviewed in the State of Illinois, despite the facts that require this case to be reviewed by unbiased Judges within Illinois within a timely manner.

As your records will indicate I have been forced to request Social Services from the State of Illinois -- as evidenced in my approval for Food Stamps -- as a result of these harmful acts of Professional Malpractice from the Defendants against me. Dealing with inhumane living conditions (I am homeless due to damages from Defendants) and horrific pains from the physical harms done to me by Defendants in this case, I have done my best to create this formal document for your Honours.

Despite these physical set-backs from the injuries I suffered from Defendants at UI after I reported them to proper authorities, I have done my best to create this document. My injuries are well documented and serve as proof of the Defendants' crimes. Your Honours will also see from this case that I am one of tens of thousands of students at UI who are also reporting problems with the on-campus required medical care system, and the scams that are being perpetrated with students/employees in terms of hidden demanded payments, billing and automated wage withholdings from student/employees. This case is crucial to the State of Illinois, to the Students at University of Illinois, to the Student/Employees at University of Illinois, and to other people who come to Illinois to attend and/or work for UI. It is pertinent to review these facts so that we can hopefully fix this problem which impacts the lives of a very large amount of people.

As instructed by the Federal Buildings in Chicago, I have spent the last 8 months or so reviewing these very difficult to understand Laws regarding my case. It has taken me quite a while to even understand the case process and what all of this means -- so please forgive my unskilled manner of speaking and addressing your Honours. I have no formal legal background

whatsoever, and I have done my best to gain access to these law books and court materials, and read them on my own. I have consulted the official rules from legal Federal books -- the Federal Criminal Code and Rules book and the Federal Civil Judicial Procedure and Rules book. The Legal Rules which apply to my case and require that the court process be finished, as no court process has been conducted for my case whatsoever to date, include Rules 59, Rules, 60, Rules 62, Rules 63, Rules 64, Rules 65 -- as well as the Constitutional Laws such as the Fourteenth Amendment, the Fifth Amendment, the Sixth Amendment, the Tenth Amendment, the Ninth Amendment, the Second Amendment, the First Amendment. Each of these legal justifications to finish my case in the Illinois Court System is outlined in detail below. Each of these legal rules requires that the case be given a fair, judicial, objective review of the evidence, and that the proper procedures are followed to ensure my safety, and my full participation in the case throughout the court proceedings. I hope that your Honours will please follow the laws to ensure that this case is fairly seen by Judges in the State of Illinois, and that a proper ruling is made on the events that transpired, based on the WHOLE TRUTH and complete evidence that I have been trying to submit to your Court System for the last 5+ years.

I am respectfully requesting that my Case 20-02162 be allowed to finish in the State of Illinois. Due to the reasons outlined below, this case was prematurely and unlawfully closed before ANY evidence was even reviewed by Judges in the State of Illinois. I am hoping that your Honours of the Central and Northern District Courts will be able to help correct this issue so that a fair, judicial trial can be carried-out despite the setbacks from COVID, Courthouse Delays, Damages and Blocks from Defendants and more.

In fact the Defendants were issuing Unreasonable, Overburdensome Demands to me throughout this case and these Unreasonable, Overburdensome Demands continued all through December 2021. This is one reason why I am now forced to write this Appeal to your Honours, and respectfully request that we finish reviewing the facts and evidence of this Federal Case. The Facts and Evidence of this Federal Case also include the testimonies of approximately eight Informants regarding Civil, State and Federal Crimes (including Medical Malpractice / Scientific Fraud and Data Fabrication) perpetrated by the Defendants of this Case. If your Honours were to allow the Damages and Harms (including physical injuries) to me to successfully block and prematurely shut down the Judicial Processes of my Case 20-02162, then the Defendants of my case would win simply because the Defendants harmed me. This would mean that ANYONE in the State of Illinois could successfully get away with Civil, State, and Federal Crimes like these Defendants, simply by injuring the Plaintiff against them to block justice. Blocking Justice by physically, financially injuring people horribly is a terrible precedent to set and I hope your Honours will make certain that a proper Federal Court Case is carried-out in accordance with USA Laws to ensure the safety and Justice for All in the future, as well as for my case.

When I arrived on-campus at University of Illinois in 2017, I was pulled aside by countless individuals who reported to me that there is a Medical Malpractice / Scientific Fraud problem at UI. These individuals informed me that they had attempted to report these incidents to proper Authorities, however their reports were suppressed by UI Administrator and Doctor, Samuel

Beshers, among others. Samuel Beshers himself told me about the Medical Malpractice / Scientific Fraud and Student Employees who participated in laboratories where said incidents were occuring informed me that he bribed them into silence. Samuel Beshers did not seem to view his actions as wrong, and people spoke about these unlawful, criminal activities in a manner that suggests this is common practice throughout the University of Illinois School System.

When I spoke to other higher-up Directors and Scientists, they also confirmed knowledge of this Medical Malpractice and Scientific Fraud, and told me that they needed me to file an "official report" about these incidents because their "hands are tied" unless people go on-record reporting these incidents officially.

As I engaged in Official Reporting processes at University of Illinois 2017 onward, I was threatened, harassed, bullied, physically assaulted, and more by people who told me not to report these incidents, and not to file "official reports" of any kind. I was told that if I filed any official reports I would be terminated.

**Violence Towards Women at University of Illinois**
I was also denied entry into crucial courses that I needed for my Doctorate. UI Professor Zuofu Cheng refused to allow me to take one of his courses while simultaneously engaging in unwanted sexual harassment. After denying me entry into his course, he attempted to rape me and I was in a physical struggle with him, where I sustained injuries pushing him off of me to stop his unwanted advances. I later learned that this UI Alumni knew that there is a loophole for Sexual Deviants in UI Administration to commit sex-based crimes against Students/Employees wehreby they are supported by University of Illinois in their criminal sexual activities with Students/Employees as long as these Devfiants are able to keepo the Students/Employees from taking their courses or officially registering with them. I am asking that my case be finished in Illinois Courts so that your Honours can please put an end to this sexual abuse of Students/Employees at your Schools in Illinois, and any other State where these unlawful, outdated policies and rules still exist.

It is important to note that this Defendant -- UI Professor Zuofu Cheng -- screamed at me that I had "behavioral issues" after I pushed him off of me and ordered him repeatedly to stop physically assaulting me, to stop sexually harassing me. UI Professor Zuofu Cheng had previously informed me about his connections within UI which he told me he had formed during his undergraduate, masters and Doctorate Degrees at UI. He bragged about his connections within UI and then after I refused his sexual advances, he targetted me with horrific Character Defamation and Slander that contributed to ruining my career. It turns out that there are UI Administrative Offices that punish and discipline Students/Employees with "Behaviorial" issues -- which Zuofu Cheng began claiming I had because I refused to have sex with him and ordered him to stop physically harming me. Zuofu Cheng did this to me during my Official Reports to proper Authorities -- including my attempts to finish overseas reports involving Defendants that Zuofu Cheng is connected with directly. Informants in the STEM community have explained to me that men are engaging in a disgusting, horrendous crime called "Revenge Sex" against

Women who report their attackers -- and women who are publicly supporting other women who report sexual predators. I believe that finishing my case is crucial to the lives and safety of Women at UI and in STEM because my evidence and testimony will help your Honours, and the proper Authorities, prevent physical abuses of women.

Many of the Defendants engaged in unlawful retaliatory Character Defamation about me. These Defendants started rumors, gossip, and spread lies about me that are so unbelievable nobody who knows me or my family would ever believe what they were saying about me. This Character Defamation was used to undermine my reports about Defendants. The Character Defamation was used to block me from jobs that were offered to me officially by University of Illinois, block jobs offered to me by over six different Professors and Scientists, and to unlawfully terminate me without any cause whatsoever. The Character Defamation even misportrayed me as a "Threat", when in fact I was reporting Threats to Human Life and unlawful activities perpetrated by Defendants. Needless to say, the lies spread about me by Defendants were so scary I had a difficult time at UI and there was a lot of confusion about my reports.

**Fourteenth Amendment**
"No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; norshall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws."

In fact, there is a very blatant pattern of practice whereby people have blocked my ability to complete these official reports, and people have suppressed, covered-up and retroactively altered my evidence. For example, my Official Reports began in Fall 2017, however the Title IX Office "LOST" my Official Reports to them about these incidents and the dates of my reports were retroactively altered by the Defendants of this case your Honours are now reviewing. Additionally, people who were my official advisers and employers retroactively covered-up and concealed their involvement with me, changing permanent University of Illinois records to conceal the fact that they were involved in these incidents.

Medical Malpractice and Scientific Fraud, Data Fabrication, and more are extremely serious issues that impact everyone. It doesn't matter what side you are on in terms of politics or otherwise, these types of crimes impact medical research in ways we cannot even predict and result in real-life deaths and injuries of people. I was therefore shocked to see that the university of Illinois has an entire system in place to silence reports of Medical Malpractice / Scientific Fraud and Data Fabrication. It includes Administration, Deans Offices, Graduate College Offices, OSCR, BIT and from the looks of my evidence some Chancellors have even participated in acts of harm against me to silence my reports.

This is a repeat pattern of the Defendants, whereby they abuse their positions of power to the extent that it obstructs the laws of the United States Government -- Civil, State and Federal laws. For example, one of the reasons I was targeted with harms from Defendants is that I support the Second Amendment and I support the United States Constitution. One of the

Scientific Laboratories run by Doctor Brad Sutton is developing a metric that uses fMRI to predetermine which American Citizens will be allowed to have Constitutional Rights, and which American Citizens will be blocked from having Constitutional Rights. In other words, Doctor Sutton explained that he is developing a way to scan people's brains and know ahead of time whether or not they will commit a crime, based on his fMRI metrics. He plans to use this device to deny American Citizens their Second Amendment Rights. The University of Illinois is funding this research with tax-payer dollars, however I doubt that United States Citizens would actually want their money to fund devices that take away their Constitutional Rights.

The Defendants have continually abused their positions of power as Medical, Scientific Doctors in a manner that shows complete disregard for the United States Constitution, the Civil, State and Federal Rights of American Citizens -- and places the Defendants in an absolute position of power and authority that our ancestors have prepared to defend against.

All of this evidence is crucial. It must be submitted to the State of Illinois in an official, protected capacity and I am hoping your Honours will allow my case to have a fair, judicial review of the evidence so that this type of a situation never happens again. The facts remain that I was told that I would be terminated (expelled and fired) if I reported officially about these incidents, and the University of Illinois did in fact terminate me for cooperating with authorities to report Medical Malpractice / Scientific Fraud, Data Fabrication, and related incidents.

Based on these unusual circumstances, where there is a blatant pattern of practice to conceal, change, destroy, block, cover-up my official reports about these Threats to Human Life, I must respectfully request that your Honours of the Illinois Central and Northern District Courts please allow my case to be completed fairly.

--
The actions taken against me have prevented my reports, including this Federal Court Case, from ever being reviewed at all. There has in fact, to this day, NEVER been a complete review of my evidence or any review of all the documents involved in these incidents I am trying to report to your Honours. There was in fact no "Judgment" made on my case (Case 20-02162) due to the facts that my case (Case 20-02162) was NEVER allowed to even be reviewed by Judges inside ANY Illinois Courtroom.

Due to the facts that this case involves Medical Malpractice / Scientific Fraud, Data Fabrication (Threats to Human Lives) and that so many informants have been silenced, I believe it is extremely important that your Honours please review the evidence of this case.

-----
Additionally, I have reviewed the Federal Criminal Code and Rules book and the Federal Civil Judicial Procedure and Rules book which summarizes a number of legal rules, which I have cited below in this document, that require the illinois Court System to re-open this case and give this case a proper, legally required, fair, unbiased and judicial review and ruling on the evidence I have to submit to your Honours.

Again, I strongly believe that Scientific Fraud, Data Fabrication / Medical Malpractice is an Everybody Issue that impacts the lives of absolutely every person. Despite the political differences between groups of people, I hope that people will understand my motives for respectfully requesting that this Case be reviewed properly, because Threats to Human Life are something we have ALL been trained to report to proper Authorities -- Threats to Human Life through Science and Medicine are extremely serious, potentially devastating to people from all backgrounds throughout the country. As an American Citizen, and as a Medical Scientist in Training, I feel it is my duty and obligation to American Citizens to report when there are threats and dangers to their lives, even if it means I risk losing my job because it so happens my superiors are somehow involved in these harms.

**Medically Injured / Blocks ot Medical Care**

After I reported unlawful activities at UI to proper authorities, I was physically assaulted by a UI Professor involved in these incidents. As I previously mentioned, UI Defendants retroactively changed the dates of my Official Reports to Authorities so that it looked like my reports were filed AFTER I was physically assaulted, threatened and retaliated against. However, the evidence I have for your Honours will prove that my Official Reports came BEFORE I was physically assaulted, threatened and more.

One of the ways that I was intimidated and blocked during the reporting processes at UI was blocks to necessary Medical Care which I needed after being physically assaulted. I was penalized academically for attempting to obtain medical care at UI, and I was blocked by UI Administrators and others from being able to safely access these necessary resources -- I cannot emphasize enough that this could happen to ANYONE.

The way "disabilities" are handled in the State of Illinois, and possibly elsewhere, includes people who have been medically / physically injured. People who are not born with a "disability" could wind up with a "disability" based on the way these labels are handled. In other words, if somebody medically, physically, injuries you, then you could end up with a "disability" label and then further injured by the dysfunctional systems of "accommodations" and resources for "disabled" people. This is obviously extremely serious because anybody could end up in this situation.

I was medically injured -- physically injured -- by Defendants while I tried to report them and other related incidents. These Defendants are Medical, Scientific Doctors. There is no coincidence about these types of harms and it is extremely scary that these incidents have occurred. This could happen to ANYONE and this Federal Case needs to be properly reviewed within the State of Illinois Judicial System in order to ensure the safety of people everywhere.

University of Illinois / Defendants have intentionally suppressed, intentionally blocked, intentionally harmed and threatened Scientists and Doctors who are trying to report Threats to Human Lives -- Medical Malpractice, Scientific Fraud, and Data Fabrication. We are trained to

report these unlawful activities to ensure the safety of Human Beings everywhere. If we Medical, Scientific Doctors are blocked, threatened and harmed for reporting Threats to Human Lives at our jobs, we are all in a very bad situation.

I hope that your Honours will please review my case, please review this evidence, and please work within the laws to make the necessary changes at UI and elsewhere to ensure that people in the USA are safe from Medical Malpractice, Scientific Fraud and Data Fabrication.

**COVID**
Another unprecedented series of events that justifies the need to finish my Federal Case are the International State of Emergency events surrounding COVID.

COVID broke out during my case and completely interfered in the normal communications surrounding my Federal Case. It should go without stating that this is an unprecedented Emergency Situation that further warrants the Illinois Central and Northern District Courts' approval of my Appeal. Again, my case was never even reviewed at all. NONE of the evidence whatsoever was included in the Judge's review of my case -- and the Judge therefore was never even given the opportunity to rule on my case whatsoever. There was in fact no judgment whatsoever due to the fact that there were blocks to ANY and ALL evidence for my case, which prohibited the Judge from making any judgment whatsoever.

It is therefore necessary to finish this Court Case and follow the proper procedures and laws that will ensure all parties receive a fair, judicial chance to present their evidence and story before your Honours.

**Defendants Unreasonable, Overburdensome Demands**
Throughout this court case against Defendants, the Defendants were still issuing unreasonable, overburdensome demands which are one of the main points of this entire case. In fact these Unreasonable, Overburdensome Demands continued all through December 2021.

In direct response to my Official Reports to authorities about the Threats to Human Life that I have mentioned in this case, the Defendants began issuing a series of Unreasonable, Overburdensome Demands to me as their Student Employee, which I was legally obligated to meet. While I tried to meet these demands, the nature of the Defendants' demands caused irreversible physical harms and damages to me. These demands did not stop after Defendants unlawfully terminated me. And I was forced to adhere to Defendants' Unreasonable, Overburdensome Demands throughout this Federal Court Case. Having both the demands of the Judges and the Unreasonable, Overburdensome demands of Defendants made it impossible for me to have a fair, judicial process and to participate as I wanted to.

This court case took place during the International Emergency COVID, and while I was being issued unlawful, unreasonable, and overburdensome demands by Defendants to impede this case. These setbacks also forced me to relocate multiple times, which contributed to impeding this Federal Case.

**Relocated Multiple Times**
Due to the damages from the Defendants I was forced against my will to relocate multiple times during crucial moments of this Court Case. The Defendants intentionally harmed me financially and professionally -- refusing to issue final grades for the work that I did and the Defendants even refused to write letters of recommendation for me so I was unable to obtain new jobs in my field.

The forced moves and relocation damages made it impossible for me to access necessary resources to meet the demands of the Judges assigned to this case, and it made it impossible for me to access resources I need to even understand my rights as an American Citizen -- blocking my ability to access crucial information that I needed to participate in this Judicial Process. The intentional damages from the Defendants -- damages that are part of the threats Defendants made to me -- impeded the State of Illinois' ability to uphold the Civil, State and Federal Laws that dictate my rights as an American Citizen to present my case before your Honours.

**Blocks to Federal Case Documents**
During my forced relocation because of COVID and Defendants' financial damages to me, documents from the Judges assigned to my case were blocked. I never received multiple documents from the Central District Courts and would not find out about direct requests from Judges until AFTER deadlines had passed. I requested multiple times that the Judges approve the relocation of the Court Case to the Northern District Courts and that the Judges approve the hold on the case itself until I was appointed proper legal representation and resources necessary for the case. If we were to engage in these court processes now there would be resources in place to finish this judicial process. The Judges assigned to this case never ruled on these Motions that I filed and this thwarted the case itself -- making it necessary to respectfully request now that the Central and Northern District Courts in the State of Illinois finish this case now that the complications that arose from COVID and other damages to me have been reasonably resolved to allow for a fair, judicial process.

**Northern District Court**
The Dockets for this Federal Case also prove that I requested in a timely manner that I relocate this court case to the Northern District Courts due to the facts that I was forced to relocate. The Judges never responded to my Motions, which were submitted in a timely manner, and there was no timely effort on the part of the Central District Courts to ensure a fair and judicial process for this court case. I am now again respectfully requesting that this case be moved to the Northern District Courts where I will be able to obtain resources necessary for presenting myself Pro Se, and where I can adhere to all the Judges' requests of me.

**Blocks to Evidence**
The Dockets for this Federal Case will also show that I repeatedly submitted motions in a timely manner that my evidence for this case be subpoenaed by the Judges. This evidence is being blocked by the Defendants because it proves that the Defendants are breaking the laws,

committing the crimes I am reporting to your Honours, and that the individuals involved in these crimes include top level Administrators, Medical / Scientific Doctors and even Chancellors at UI.

Once again, I will state on-record that the evidence is crucial to this Federal Case, in part because there is a document signed by one of the Doctors accused of Medical / Scientific Malpractice and Fraud that would support the informant reports from roughly eight people who have witnessed these crimes. The possible complications from COVID, Clerk's Office Delays, etc might have impeded the Judges' ability to respond to my Motions which requested access to this evidence for this Federal Case -- I am therefore respectfully requesting that your Honours finish reviewing the evidence for this Federal Case in order to ensure a fair, judicial trial.

--
Throughout this Court Case I have been representing myself Pro Se and I have absolutely no idea what I am doing. I am not a lawyer and I have no legal background whatsoever -- I am trained as a Scientist and Technologist, so I apologize if my writing style or attempts to cite rules and laws from the books I have been reading does not adhere to the proper protocols.

In addition to the aforementioned justifications for re-opening my Court Case, which was prematurely closed, and finishing the review of evidence, I have also outlined official rules from legal Federal books that also justify why my case needs to be reopened and finished -- from the Federal Criminal Code and Rules book and the Federal Civil Judicial Procedure and Rules book:

**--RULE 59: New Trial; Altering or Amending a Judgment**
(a) In General.
(1) Grounds for New Trial.
The court may, on motion, grant a new trial on all or some of the issues -- and to any party -- as follows:
(A) after a jury trial, for any reason for which a new trial has heretofore been granted in an action at law in federal court; or
(B) after a nonjury trial, for any reason for which a rehearing has heretofore been granted in a suit in equity in federal court.
(2) Further Action After a Nonjury Trial.
After a nonjury trial, the court may, on motion for a new trial, open the judgment if one has been entered, take additional testimony, amend findings of facts and conclusions of law or make new ones, and direct the entry of a new judgment.

(b) Time to File a Motion for a New Trial.
A motion for a new trial must be filed no later than 28 days after the entry of judgment.

(c) Time to Serve Affidavits.
When a motion for a new trial is based on affidavits, they must be filed with the motion. The opposing party has 14 days after being served to file opposing affidavits. The court may permit reply affidavits.

(d) New Trial on the Court's Initiative or for Reasons Not in the Motion.
No later than 28 days after the entry of judgment, the court, on its own, may order a new trial for any reason that would justify granting one on a party's motion. After giving the parties notice and an opportunity to be heard, the court may grant a timely motion for a new trial for a reason not stated in the motion. In either event, the court must specify the reasons in its order.

(e) Motion to Alter or Amend a Judgment.
A motion to alter or amend a judgment must be filed no later than 28 days after the entry of the judgment.
(Amended December 27, 1946, effective March 19, 1948; February 28, 1966, effective July 1, 1966; April 27, 1995, effective December 1, 1995; April 30, 2007, effective December 1, 2007; March 26, 2009, effective December 1, 2009.)

**As previously stated, no judgment was ever made for my case. Instead, my case was prematurely and unlawfully closed without justification, and in the middle of an International Emergency for the COVID outbreak. The Motions I filed requested that the pertinent witnesses and Defendants be subpoenaed and brought to the trial in order to provide crucial evidence for my case. I also requested No Contact / Restraining Orders be put in place to protect me from harms during the case. This is based on the Physical Assault, harms and Threats that occured already by the Defendants in response to me reporting them. I filed Motions requesting a lawyer be appointed to my case, and that proper access to resources crucial for my case be granted by the Judges. I also requested that the case be moved to the Northern District Courts due to COVID and other harms from Defendants that forced me to relocate to another area. I also filed a Motion to subpoena evidence that Defendants have blocked and tampered with so that I am unable to produce this evidence for my case without the Judge's assistance with Defendants' Unlawful attempts to control the evidence that the Judge reviews for my case. These points outlined in Rule 59 and many other reasons meet the justifications outlined in this Judicial Law that requires the State of Illinois to finish my case by re-opening it.

**--RULE 60: Relief From a Judgment or Order**
(a) Corrections Based on Clerical Mistakes; Oversights and Omissions.
The court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in judgment, order, or other part of the record. The court may do so on motion or on its own, with or without notice. But after an appeal has been docketed in the appellate court and while it is pending, such a mistake may be corrected only with the appellate court's leave.

(b) Grounds for Relief from a Final Judgment, Order, or Proceeding.
On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:

(1) mistake, inadvertence, surprise, or excusable neglect;

(2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);
(3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;
(4) the judgment is void;
(5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or
(6) any other reason that justifies relief.

(c) Timing and Effect of the Motion.
(1) Timing. A motion under Rule 60(b) must be made within a reasonable time--and for reasons (1), (2), and (3) no more than a year after the entry of the judgment or order or the date of the proceeding.
(2) Effect on Finality. The motion does not affect the judment's finality or suspend its operation.

(d) Other Powers to Grant Relief. This rule does not limit a court's power to:
(1) entertain an independent action to relieve a party from a judgment, order, or proceeding;
(2) grant relief under 28 U.S.C. S 1655 to a defendant who was not personally notified of the action; or
(3) set aside a judgment for fraud on the court.

(e) Bills and Writs Abolished. The following are abolished: bills of review, bills in the nature of bills of review, and writs of coram nobis, coram vobis, and audita querela.
(Amended December 27, 1946, effective March 19, 1948; December 29, 1948, effective October 20, 1949; March 2, 1987, effective August 1, 1987; April 30, 2007, effective December 1, 2007.)

**As previously mentioned, the Clerks and Courthouse either intentionally or accidentally blocked my Motions from being submitted in a timely manner, or from being submitted at all. There were horrible errors in the rephrasing and summarizing of my Motions and documents in the Dockets and I was also blocked by the Courthouse from receiving crucial information about my rights and about what I needed to do in order to participate in this Judicial Process. I informed everyone involved that I was suffering Medical Injuries from Defendants, which is the entire point of my case itself, and the Courthouse and Judges did not follow legally required procedures to ensure I was able to receive a fair, unbiased trial -- none of the resources or aids or helps or location changes that I requested were granted and Courthouse Clerks refused to divulge crucial information to me when I tried to obtain it for my case. The Judges filed documents claiming I did not meet their requests, however I was blocked from doing so and I even submitted timely documents and motions to inform the Judges of these facts. For the Judges to prematurely and unlawfully close my case before seeing ANY evidence whatsoever, and in light of ALL of my documents and Motions with valid requests that the Judge's are required by law to grant, it seems reasonable that the State of Illinois would re-open this case so it can be reviewed fairly, and so the evidence can be submitted for the Judges to review.

Once the Defendants release the evidence we need for this case, which the Judge must request in order for this to occur -- then the case will also meet the requirements of having "new" evidence. There have also been new events that transpired AFTER the Judge closed the case prematurely that warrant the re-opening of this case due to the fact that it provides new evidence for the case that would result in a ruling favoring my reports to your Honours.

It is also crucial to point out that the case itself is about Data Fabrication and Scientific Fraud, perpetrated by the Defendants. The Defendants have blocked evidence and blocked resources that they are legally required to give me, in an attempt to stop this case from happening. The reason I am only now able to submit this Appeal is due to the harms (including physical assault, and medical harms, financial harms, career damages and more) from the Defendants, which have been ongoing to this day. I am in fact writing this Appeal as a Homeless person, because the Defendants are refusing, to this day, to review work that they demanded I complete for them in order to be readmitted to the University of Illinois Urbana-Champaign. The Defendants also simultaneously made new demands of me and have injured me even further by denying on-site work injury forms from being filed, and from unlawfully terminating me, blocking access to resources I need to live and rendering me unable to pay rent, buy food or survive in the State of illinois during my case and during my attempts to write this appeal.

I believe their unprecedented acts of ongoing harms against me -- over 5 years of harms -- warrants very severe actions to ensure that this trial is allowed to happen. If the Defendants are successful in shutting down this case by harming me as horribly as they have for the last 5 years, then the Defendants could succeed in committing the same crimes and new crimes against anyone by simply harming their victims inhumanely and relentlessly, as they are doing to me, and the State of Illinois will simply dismiss the cases -- as you have done with mine because of the Defendants' harms to me.

I therefore believe it is crucial to finish this case to ensure that this never happens again to anyone else in the State of Illinois, or elsewhere. I will also remind your Honours that I am NOT asking for financial compensation for these harms of any kind (even though I am obviously entitled to financial compensation) -- it is more important to address the incidents and crimes that occured with Defendants in an Honest, and Unbiased manner before the eyes of the Government and the General Public in the State of Illinois, and the USA. I believe the incidents and issues in this case impact everyone -- and even pose a threat to the Civil, State and Constitutional Liberties of American Citizens across the country. I believe people would want to see the facts of this case and be able to review the evidence for themselves, and I believe that the State of Illinois would want to fix the corrupted policies and rules at UI (possible other Institutions) that are supporting Medical Malpractice, Scientific Fraud, Data Fabrication and other horrible harms to people.

**--RULE 62: Stay of Proceedings to Enforce a Judgment**
(a) Automatic Stay.
Except as provided in Rule 62(c) and (d), execution on a judgment and proceedings to enforce it are stayed for 30 days after its entry, unless the court orders otherwise.

(b) Stay by Bond or Other Security.
At any time after judgment is entered, a party may obtain a stay by providing a bond or other security. The stay takes effect when the court approves the bond or other security and remains in effect for the time specified in the bond or other security.

(c) Stay of an Injunction, Receivership, or Patent Accounting Order.
Unless the court orders otherwise, the following are not stayed after being entered, even if an appeal is taken:
(1) an interlocutory or final judgment in an action for an injunction or receivership; or
(2) a judgment or order that directs an accounting in an action for patent infringement.

(d) Injunction Pending An Appeal.
While an appeal is pending from an interlocutory order or final judgment that grants, continues, modifies, refuses, dissolves, or refuses to dissolve or modify an injunction, the court may suspend, modify, restore, or grant an injunction on terms for bond or other terms that secure the opposing party's rights. If the judgment appealed from is rendered by a statutory three-judge district court, the order must be made either:
(1) by that court sitting in open session; or
(2) by the assent of all its judges, as evidenced by their signatures.

(h) Stay with Multiple Claims or Parties.
A court may stay the enforcement of a final judgment entered under Rule 54(b) until it enters a later judgment or judgments, and may prescribe terms necessary to secure the benefit of the stayed judgment for the party in whose favor it was entered.
(Amended December 27, 1946, effective March 19, 1948; December 29, 1948, effective October 20, 1949; April 17, 1961, effective July 19, 1961; March 2, 1987, effective August 1, 1987; April 30, 2007, effective December 1, 2007; March 26, 2009, effective December 1, 2009; April 26, 2018, effective December 1, 2018.)

**As mentioned, I am NOT asking for monetary compensation of any kind whatsoever for this case. My goal is to have a fair, unbiased ruling on the facts of the case because there are multiple arguments among the Administration and more at UI whereby it is obvious the laws are being interpreted in conflicting, and confusing ways. The laws are being enforced and applied to Students / Employees at UI in ways that are violating our Civil, State and Federal Rights. I hope that this case will be able to clarify what the laws mean for UI / Defendants and that new policies, rules, and procedures throughout the state and/or country will be put in place to protect American Citizens. It is therefore necessary to finish this case in terms of the timing of enforcing the ruling on this case -- it is now possible to enforce the Judgment. Due to the facts that there are abuses of power involved in this case, perhaps revising IP / Academic Works or jurisdictions in order to ensure the safety of American Citizens would be a proper way to handle this Judgment. If it is found that, for example, Medical Malpractice, Scientific Fraud, Data Fabrication and other crimes have occurred -- perhaps it is necessary to request that these acts of fraud be corrected, and or revoked so as to not injure or harm people in the future. And my evidence also

shows the crimes committed to cover-up these acts of Fraud -- which might require a ruling on how to handle an IP / Academic act of Fraud of this nature, whereby Human Lives are risked. There are currently ZERO reporting processes in place in the State of Illinois, and perhaps elsewhere -- so that these types of crimes are more easily committed. Rather than monetary gains, perhaps all parties would agree that a Judgment would help ensure this never happens again.

## --RULE 63: Judge's Inability to Proceed

If a judge conducting a hearing or trial is unable to proceed, any other judge may proceed upon certifying familiarity with the record and determining that the case may be completed without prejudice to the parties. In a hearing or non jury trial, the successor judge must, at a party's request, recall any witness whose testimony is material and disputed and who is available to testify again without undue burden. The successor judge may also recall any other witness. (Amended March 2, 1987, effective August 1, 1987; April 30, 1991, effective December 1, 1991; April 30, 2007, effective December 1, 2007.)

**The Judges assigned to my case were also working in the middle of an International Emergency for COVID. I believe that this case needs to be re-opened so that we can hold the Judgment during a non-International-Emergency period of time, where all parties will be able to participate to their fullest abilities. It also seems, based on the rulings of my Motions and the documents I submitted, that the Judges are perhaps biased in favor of UI / Defendants. None of my Motions for vital evidence, for vital resources, for No Contact Orders / Restraining Orders, for Judges, for Accommodations and other requests were granted, even though the Judges were informed that not granting these would make it impossible for me to participate. The Judges then punished me for not participating in the manner they requested, but simultaneously denied me the resources and requests I needed in order to meet their expectations. This is obviously unfair, and perhaps due in part to the International Emergency at hand, and also perhaps due in part to the Clerical Errors that prevented my documents and Motions from being entered correctly and prevented them from being entered in a timely manner, if at all.

## --RULE 64: Seizing a Person or Property

(a) Remedies Under State Law -- In General.
At the commencement of and throughout an action, every remedy is available that, under the law of the state where the court is located, provides for seizing a person or property to secure satisfaction of the potential judgment. But a federal statute governs to the extent it applies.
(b) Specific Kinds of Remedies.
The remedies available under this rule include the following -- however designated and regardless of whether state procedure requires an independent action:
-arrest;
-attachment;
-garnishment;
-replevin;
-sequestration; and
-other corresponding or equivalent remedies.

(Amended April 30, 2007, effective December 1, 2007.)

**Please see explanations for RULE 62.*

**--RULE 65: Injunctions and Restraining Orders**
(a) Preliminary Injunction.
(1) Notice.
The court may issue a preliminary injunction only on notice to the adverse party.
(2) Consolidating the Hearing with the Trial on the Merits.
Before or after beginning the hearing on a motion for a preliminary injunction, the court may advance the trial on the merits and consolidate it with the hearing. Even when consolidation is not ordered, evidence that is received on the motion that would be admissible at trial becomes part of the trial record and need not be repeated at trial. But the court must preserve any party's right to a jury trial.

(b) Temporary Restraining Order.
(1) Issuing Without Notice.
The court may issue a temporary restraining order without written or oral notice to the adverse party or its attorney only if:
(A) specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition; and
(B) the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required.
(2) Contents; Expiration.
Every temporary restraining order issued without notice must state the date and hour it was issued; describe the injury and state why it is irreparable; state why the order was issued without notice; and be promptly filed in the clerk's office and entered in the record. The order expires at the time after entry -- not to exceed 14 days -- that the court sets, unless before that time the court, for good cause, extends it for a like period or the adverse party consents to a longer extension. The reasons for an extension must be entered in the record.
(3) Expediting the Preliminary-Injunction Hearing.
If the order is issued without notice, the motion for a preliminary injunction must be set for hearing at the earliest possible time, taking precedence over all other matters except hearings on older matters of the same character. At the hearing, the party who obtained the order must proceed with the motion; if the party does not, the court must dissolve the order.
(4) Motion to Dissolve.
On 2 days' notice to the party who obtained the order without notice -- or on shorter notice set by the court -- the adverse party may appear and move to dissolve or modify the order. The court must then hear and decide the motion as promptly as justice requires.

(c) Security.
The court may issue a preliminary injunction or a temporary restraining order only if the movant gives security in an amount that the court considers proper to pay the costs and damages

sustained by any party found to have been wrongfully enjoined or restrained. The United States, its officers, and its agencies are not required to give security.

(d) Contents and Scope of Every Injunction and Restraining Order.
(1) Contents.
Every order granting an injunction and every restraining order must:
(A) state the reasons why it issued;
(B) state its terms specifically; and
(C) describe in reasonable detail -- and not by referring to the complaint or other document --
the act or acts restrained or required.
(2)Persons Bound.
The order binds only the following who receive actual notice of it by personal service or otherwise:
(A) the parties;
(B) the parties' officers, agents, servants, employees, and attorneys; and
(C) other persons who are in active concert or participation with anyone described in Rule 65(d)(2)(A) or (B).

(e) Other Laws Not Modified.
These rules do not modify the following:
(1) any federal statute relating to temporary restraining orders or preliminary injunctions in actions affecting employer and employee;
(2) 28 U.S.C. S2361, which relates to preliminary injunctions in actions of interpleader or in the nature of interpleader; or
(3) 28 U.S.C. S2284, which relates to actions that must be heard and decided by a three-judge district court.

(f) Copyright Impoundment.
This rule applies to copyright-impoundment proceedings.
(Amended December 27, 1946, effective March 19, 1948; December 29, 1948; effective, October 20, 1949; February 28, 1966, effective July 1, 1966; March 2, 1987, effective August 1, 1987; April 23, 2001, effective December 1, 2001; April 30, 2007, effective December 1, 2007; March 26, 2009, effective December 1, 2009.)

**As previously mentioned, I have requested repeatedly since 2017 that I be granted No Contact Orders / Restraining Orders on Defendants in order to participate in reporting processes of any kind. This is due to the facts that the Defendants threatened me horribly, and the Defendants Physically Assaulted me, and Physically harmed me repeatedly as a retaliatory act against me for reporting them. Rule 65 outlines justifications that are relevant for my trial, which allow for the State of Illinois to grant pauses to my case and/or changes to the case procedures in situations just like this one. If it is unsafe for participants in the case to participate in the case, it is the responsibility of the Courts (as outlined in Rule 65) to take steps to ensure the safety of ALL parties in order to hold a fair, unbiased, trial. If these actions are not taken then the trial is not fair, and it is not unbiased -- due to the facts that parties, such as myself, will

be afraid to participate in the trial, and will be afraid to speak freely and submit ALL evidence that could upset other parties in the case.

I am therefore hopeful that this Appeal will be granted by your Honours, in order to ensure a fair, unbiased, judicial process for all parties involved in this case. Given the unusual circumstances surrounding events in this case, and the unprecedented acts of harm taken against me for over 5 years, as well as the International Emergency context taking place during the trial itself -- all of these Rules cited can more than justify the positive move forward to finish this case, and to ensure the safety and well-being of American Citizens.

More than 8 people at University of Illinois attempted to report Scientific Fraud / Medical Malpractice, Data Fabrication and other law violations, however all 8 Informants were silenced and/or bribed not to file Official Reports. I hope your Honours will not participate in this Cover-up and Systemic Harm against people in the State of Illinois, and elsewhere -- I hope your Honours will allow this case, and the evidence of this case, to be shown to the Public and to have a fair, unbiased review within our Judicial System.

I hope your Honours will please grant this appeal and that this case will be able to help establish a better, more timely system for reporting and for reviewing content like the evidence in this case -- the Defendants include experts in positions of power, but their power is not meant to be absolute. The case I am presenting before your Honours shows how the Defendants are abusing systems in the State of Illinois to create positions of Absolute, Unchallenged Power, whereby medical / scientific harms are occuring.


## CONSTITUTIONAL LAWS
---
### Absolute Power
One of the reasons that I am working so hard to finish this case in particular is due to the fact that I filed it within the proper time frames which allow for evidence that is crucial to this case. For example, the main incidents which started this series of retaliatory acts against me, including physical assault (perpetrated by UI Professor Zuofu Cheng) and blocks to necessary Medical Care, were denials to my rights to Free Speech, punishment in the form of unlawful firing for supporting the Second Amendment of our Constitution, and religious attacks and threats from co-workers. The University of Illinois upheld all of these forms of harms against me, which is why I am now homeless and suffering irreversible physical harms and disabilities every single day now.

The University of Illinois itself has extremely dangerous policies and rules that are impeding investigations into Medical Malpractice, Scientific Fraud, Data Fabrication -- the aforementioned acts of harms against me were used to block a Federal Investigation into UI Employees as well as other related events.

The law states that as Doctors we must report Medical Malpractice / Scientific Fraud, Data Fabrication, and other acts of harm in order to ensure the Safety, Well-Being, and Health of the American People who we serve. I was bullied, threatened, harassed and harmed horribly for caring about Human Life at University of Illinois, which is my job and responsibility as someone earning a PhD.

This case in particular is vital to the incidents that have transpired. And I respectfully implore you to please finish this case in Illinois so that the evidence and incidents are timely, and so that they are allowed to see the light of day to have your Honours ruling over them.

---
**Crucial Evidence**
Among the evidence which UI / Defendants are refusing to release to your Honours, is the OSCR reports -- OSCR is the Office of Student Conflict Resolution at University of Illinois. OSCR is despised by nearly ALL employees/students -- I did not speak with anyone who approves of this office due to the facts that it violates our Civil, State, Federal Constitutional Rights as American Citizens. It was used by a Student Employee Mickael Key and her Advisers Doctor Aron Barbey, Samuel Beshers, Martha Gillette, and others to punish me for cooperating with a reporting process to file Official Reports about Medical Malpractice, Scientific Fraud, Data Fabrication, and other Criminal Activities at UI / Defendants. I was literally threatened with Dismissal in 2017 by OSCR in response to me reporting said individuals / Defendants to the Title IX Office, Deans Offices and others. And OSCR wrote me up in UI's disciplinary books for misbehaving on-campus because of my cooperating with Authorities and Official UI Authorities who were attempting, so it seemed, to file Official Reports about said Fraud and Malpractice.

I also learned that OSCR reports unofficially to local Champaign Police about "problem" students. I was placed in this unlawful system of harms to students because I was cooperating with proper Authorities to report the Defendants for very serious crimes -- crimes that normally result in Doctors being forced to withdraw their research from public record and issue redactions to their fraudulent claims in the Scientific Community. I also noticed during my legal research that their crimes also can result in $1,000 fines for each act and possibly 1 year of jail time for each act. Using the Administrative Offices, the Deans Offices, and even local Police to bully and intimidate Informants is so illegal, I hope your Honours will review this evidence and these facts to make certain this unlawful abuse of power at UI is shut down.

My Student Accounts, UI Emails, and other records are also vital evidence due to the facts that my permanent UI records, such as my student transcript, employee payment records, advisor records, and more were retroactively changed by UI when I reported Defendants to proper Authorities. The changes that UI made seems to have converted-up many of the criminal acts and parts of my reports to authorities. For example, if someone were to look at the UI records without any information from me, nothing would look unusual as far as I can tell -- however, there were over 6 different unlawful firings and job offer withdrawals, threats from my adviser who is now no longer even listed as my official adviser after I reported him, suppressed official projects that I was working on and paid to work on but are now no longer on record. These and

other documents need to be included in this case so your Honours are able to rule objectively, fairly, and with the truth, nothing but the truth and the WHOLE truth for your to review. Nobody has had the opportunity to review this evidence to date, due to the unlawful suppression and cover-ups perpetrated by Defendants.
---

**Fourteenth Amendment**
The Fourteenth Amendment makes certain that no State or entities therein are acting outside the United States Laws, or enforcing their own laws which violate the Rights of American Citizens. If a State were to do this, or any entity therein, they would be acting like a Monarchy or private Fiefdom against the interests of the People of the United States of America.

"No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; norshall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws."

My case outlines actions perpetrated by Defendants that violate the Fourteenth Amendment, due to the facts that my case presented before your Courts, your Honours, are violations of my Civil Rights and Inalienable Rights as a Human Being, and that the criminal acts I am reporting to your Honours pose a threat to the USA Constitution itself.

Based on this fact, I believe it is your Honours obligation to finish ruling on the incidents in my case. Not finishing this case, and unlawfully shutting it down (asd the Illinois Courts have done) means the State of Illinois is in support of these Threats to our Constitution in the USA, and is in support of these Threats to Human Life perpetrated by the University of Illinois. It also means that the State of Illinois supports the University of Illinois in their blocks to my participation in investigations into Threats to Human Life, intentionally blocking my evidence and case from reaching the American Public and blocking these crucial pieces of evidence from being maintained in the Public Record.

Due to the facts that I am reporting Threats to Human Life, refusing to finish ruling on my case is an extremely serious act against the American Public.

**Tenth Amendment & Ninth Amendment**
The Tenth Amendment states that "The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people."

The Ninth Amendment states that "The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people."

The State of Illinois is obligated to oversee Court Cases involving incidents such as the ones outlined in my case, that occur within your State borders. Refusing to uphold the obligations of

the Judicial System in the State of Illinois, or selectively including only some of the cases your Honours are obligated to rule on, demonstrated an abuse of power that reaches the highest levels in the State of illinois.

If your Honours do not finish ruling on the evidence presented in this case, it makes it appear that the Illinois Court Systems are intentionally blocking certain types of cases that impede individuals in positions of power in Illinois ability to abuse their authority to build weapons that threaten the American Public, and threaten the COnstitution itself. If this case is not finished and if it is blocked from a fair trial as the law dictates, then it confirms the reasons why the Defendants commit the crimes I am reporting to your Honours, and it proves why the Defendants are able to get away with these serious law violations and Threats to Human Life.

Additionally, I bring before your court State-specific crimes and law violations -- which the Tenth Amendment state it is your State's duty to have purview over. And the Ninth Amendment states that we the People own the rights that have been violated by the Defendants/Respondents in my case -- I bring this case before you because I believe the People of the USA would like to have these law violations taken care of so no further harms befall other American Citizens in the State of Illinois, or elsewhere.

**Fifth Amendment**
"No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation."

The Courts in the State of Illinois are obligated to oversee this case in order to ensure a fair, speedy trial for the Defendants and all parties involved. By refusing to follow-through on your Honours duty to the United States Government, and to the USA Citizens, you are intentionally blocking the USA's ability to hold the Defendants' responsible for their criminal activities. I implore you to please follow the laws to finish trying this important case in the State of Illinois, in order to ensure the fair, judicial processes the USA promises all American Citizens, as well as individuals residing in the State of Illinois.

Please grant my Appeal in order to finish ruling over the evidence of this case, which has never been reviewed by an impartial, unbiased person of any kind. Please do your duties as USA Judges to finish ruling on this important case in the State of Illinois.

**Sixth Amendment**
The sixth Amendment states that: "In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be

informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defense."

According to the Sixth Amendment, Criminal Prosecutions in the USA are to allow for an impartial jury of the State and district where the crime was committed. Due to the Breach of Contract violations that I have outlined in this case, many of the original crimes of this case are outside the laws to guarantee the Sixth Amendment Rights to me or to the Defendants/Respondents. This places me and the Defendants/Respondents in a disadvantaged, harmed position. For example, many of the eye-witnesses for these crimes and law violations no longer live in the State of Illinois, due to the impact of these Breaches of Contract. The memories and testimonies of these eye-witnesses are also harmed and damaged as a direct result of these Breaches of Contract that will outline fully in my forthcoming Court Cases in your Honour's Court (pending my Application for Court Fee Waivers are granted).

I was denied the rights to a fair trial, denied the rights to even access information about what my rights are as an American Citizen -- while I was forced against my will under threat of being charged with noncompliance with the Federal Government unless I participated in the Title IX reporting processes at UI. However, I was simultaneously threatened repeatedly throughout my time at UI by my UI Advisers, by UI Professors, by UI Deans, UI Students, and more that if I participated in these official reporting processes I would be fired and harmed. I was denied my repeat requests for protective services on campus by UI. I was forced to endure physical abuses -- even physical assault perpetrated by a UI Professor who is an Alumni of UI involved in these incidents. The Defendants were given ample UI Resources, Funding, including access to Lawyers and Legal advice. My Adviser threatened me with a Lawyer when I reported him to UI Administration, he then proceeded to grade me down unlawfully in retaliation, he refused to work with me, and terminated our First Year Project which is a crucial exam that determines whether UI PhD Students are allowed to finish a Thesis at UI.

Having a speedy and public trial is every American Citizens' Right when there is a criminal matter under review. However, I am being denied this right due to the horrific harms that the Defendants have done to me. These horrific harms are the very subject of this case that was unlawfully, prematurely closed without cause. Therefore if your Honours deny my appeal, deny my rights to a fair Judicial Process because the criminals and law violators themselves have financially damages me in order to escape punishment, the criminals and law violators have MORE rights to a fair trial than those who have been victimized by these criminals and law violators. These criminals and law violators are given free Assistance of Counsel but I, as the victim suffering financial and physical harms, and not given ANY free Assistance whatsoever -- and now your court, and your Honour, is even denying me a Right to a Fair Judicial Process whatsoever because the Defendants/Respondents committed their crimes and broke the laws to financially harm and physically damage me.
–

**Systems of Harm: UI Administrative Policies, Procedures, Rules Directly Impeding Civil, State, Federal Laws**

University of Illinois and Defendants/Respondents, including Keith Ellis, Peter Okkema, Eric Stabb, Justin Brown, Stephen Bryan, Danita Brown Young, Alexis Thompson, Allison McKinlley, Deans Offices, Human Resources, Chancellors, Title IX, and more are in Breach of our Contracts for refusing to provide me with a contractually required hearing, proper chance to respond to Deans Offices and more, which are contractually required before University of Illinois and Defendants/Respondents terminate our contracts. These Defendants/Respondents violated our contracts by terminating these contracts without following the stipulations outlined in these contracts that dictate how a termination of contract may be enacted. The damages of these Breaches of Contracts is ongoing and growing -- the financial damages are enormous and the career damages are irreversible. Because of the Defendants/Respondents Breaches of Contracts my qualifications for salaries in paid positions will be significantly less for the rest of my life, and will therefore negatively impact my life quality for the rest of my life.

For example, when I followed Mandatory Reporting Laws outlined by the Civil, State, and Federal Government, in accordance with other laws, the Defendants/Respondents University of Illinois, UI Human Resources, UI Deans Offices, UI Title IX Offices, UI Chancellors, UI Biology Department, UI Neuroscience Program, Peter Okkema, Eric Stabb, Keith Ellis, Jacquelyn DeLaurentis, Justin Brown, Stephen Bryan, Alexis Thompson, Allison McKinlley, Danita Brown Young, Danielle Morisson, District Attorneys, Office of Student Conflict Resolution, Office of Conflict Resolution, Board of Education, Department of Justice, University of Illinois Police, State Attorney Generals, Attorney State Generals, and more, unlawfully broke my University of Illinois contracts and forced me under duress to incur financial damages and physical abuses and harms due to the Defendants/Respondents Breach of Contract

The Defendants/Respondents Breach of Contract act of harm was the Defendants/Respondents' response to my telling them about my participation in a Mandatory Reporting act. The Breach of Contract act of harm was also a response to my telling the Defendants/Respondents about the Defendants/Respondents law violations. I requested protective services and resources on-campuses at University of Illinois, due to my participation in these protected acts and due to the Defendants/Respondents acts of harms and damages against me, however instead of providing these contractually, legally obligated protective services and resources, the Defendants/Respondents terminated our agreed-upon contract, violating the contract itself as well as my start-date for this contractually agreed-upon position at University of Illinois.

The harms and damages from this Breach of Contract act of harm against me include, but are not limited to, denials and blocks to necessary medical care, as outlined in my contract with Defendants/Respondents. I was forced against my will to try and pay out-of-pocket for necessary medical care. Due to the Defendants/Respondents' continued contract violations which caused me financial damages and harms, I was unable to fully pay for necessary medical care and services for myself.

These Breaches of Contracts also made it impossible for the District Attorneys, State Attorney Generals, Attorney State Generals, OCR, Board of Education, Inspector Generals, and more to properly carry-out their jobs in order to correct the damages I am outlining in this cases.

The financial damages I incurred from the Defendants/Respondents Breach of Contracts and law violations are so severe that I am forced to now obtain Social Services from the State of Illinois and I am currently Homeless, unable to obtain new employment or medical care necessary to correct the horrific abuses that the Defendants used to retaliate against me for reporting them to Authorities.

If my cases are dismissed and thrown out, denied Court Fee Waivers, then the Defendants/Respondents will continue to violate the Sixth Amendment while incorrectly justifying their acts of harms with their Contracts at University of Illinois. Similarly the other defendants, such as the District Attorneys, State Attorney Generals, Attorney State Generals, and more are also citing their Contracts with their respective Offices in the State of Illinois, in order to justify their violations of the Sixth Amendment. This systemic harm throughout the State of Illinois, has been waged against me, and others, in order to violate the other Civil, State, Federal Rights I have outlined in this response to your ORDER.

Both the Defendants/Respondents and I suffered due to the unlawful nature of the Defendants/Respondents internal policies, procedures, rules and more, as well as their contract violations, Breach of Contracts, and unlawful over-reach of the enforcement of their contracts.

The internal processes that I was contractually forced against my will to participate in at Defendant/Respondent University of Illinois, the State Attorney Generals, the Champaign Police, the Attorney State Generals, the District Attorneys, Behavioral Intervention Team (BIT), and more, have impeded, tampered with, destroyed, blocked and more criminal prosecutions in the State of Illinois and the United States of America.
--
The University of Illinois' contracts required me, based on the unlawful over-reaching enforcement of these contracts by Defendants/Respondents, to follow University of Illinois internal processes that intentionally blocked the proper authorities' reporting processes to handle these Criminal Matters to ensure the Safety and Well-Being of American Citizens and others.

---
**Unconstitutional Subject Reviews for Disciplinary Procedures, Retaliation and Threats Disguised by Academic Freedom**

In response to my reports of UI Professors' crimes -- crimes that more than eight people tried to report but were threatened/bribed to remain silent about -- I was denied resources, intentionally overburdened with assignments and requirements for work that NONE of the other PhD Students / Employees were required to complete. These requirements are unlawful and were

given to me in direct response to my reports about these crimes outlined in this case. The UI Professors and UI Administrators who broke the laws to retaliate against me for reporting them, threatening me with expulsion and disciplinary punishments, claimed falsely that it is their right to harm me with this retaliation through UI Academic Procedures due to the Academic Freedom Laws. The Academic Freedom Laws do not protect UI Professors and UI Administrators from facing penalties for violating Students/Employees' Civil, State, and Constitutional Rights. Academic Freedom Laws do not protect UI Professors and UI Administration from penalties for retaliation against Federal Informants, and Students/Employees who are forced by law to cooperate with the Federal Government and other Authorities in the USA or elsewhere.

UI Violated my Civil, State, Federal and Constitutional Rights claiming it was their right to violate my rights because of the Academic Freedom Laws in the USA. I am asking your Honours to put an end to this corruption and abuse of power at University of Illinois because UI Professors are using Academic Freedom Laws to Rape and Physically Assault Students -- UI Professors are using Academic Freedom Laws to unlawfully fire Students/Employees who report them for Medical Malpractice, Scientific Fraud, Data Fabrication and other Criminal Activities that pose a Threat to Human Life throughout the Country.

One tactic UI uses to subvert the US Government and execute this Absolute Authority over Students/Employees is by unlawfully, inaccurately, dividing the "Academic" work and the "Paid" Labor. UI claims falsely that it is dividing these types of work, however in actual practice the "Academic" and the "Paid" Labor are the SAME thing. My case shows undeniably that UI in fact intentionally uses the Academic channels as an excuse to punish Students/Employees for cooperating with the Government, and for reporting crimes at UI -- even crimes that are Threats to Human Life to American Citizens and elsewhere. It is not just an illegal, inaccurate, intentionally misleading, falsified contract but it is a violation of every single Student/Employees' Rights in the USA. Not to mention, it is EXTREMELY DANGEROUS for fields such as Medicine / Science, Engineering, Computer Science, and others whereby we are obligated by Law to report Crimes and Threats to Human Life -- the Defendants are technically supposed to face very serious punishments for the crimes I have reported, crimes that many other people have attempted to report, and so it is no doubt that UI has developed this elaborate unlawful scheme within their system to evade the laws and evade repercussions for harming people and risking the lives of American Citizens.

---
**First Amendment**
"Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances."

My First Amendment Rights at University of Illinois have been violated horribly throughout my time at UI. However, UI has selectively favored the rights of select individuals who adhere to certain religious and political beliefs. This is a violation of Civil, State, Constitutional Laws and I am respectfully requesting that your Honours correct these incidents to ensure that this does not

continue to happen. It was made clear to me by UI that this is not the first time UI has violated these rights of their Students/Employees and that they were already found guilty in an extremely public Federal Case whereby UI Administration was caught violating employee/academic contracts in order to maintain a biased political culture on their campus that violates Civil, State and Federal Laws. This individual was terminated from his hired position at UI in a similar manner that I was unlawfully terminated from my Position -- the evidence that UI is blocking from my court case, and that your Honours are refusing to review, proves that UI is STILL committing the SAME Civil, State, Constitutional Law Violations that UI was caught violating in this previous Federal Court Case. This case cost the State of Illinois over $64 Million Dollars, as I have been told, but I am not requesting financial compensation for the Defendants' Crimes. I am instead simply requesting that your HOnours please make proper requests and requirements of UI to abide by Civil, State, Federal Laws so that this repeat pattern of criminal activity in the State of Illinois ceases once and for all. It is harming countless people and poses a threat to the Lives of American Citizens due to the nature of the Defendants positions at UI -- the work that they are unlawfully producing via Malpractice / Fraud tactics.

During my academic and paid position at UI, I was harassed horribly by a superior Alexander Cerjanic at work who made threatening physical statements to me, while quoting the "Google Manifesto". He informed me that I was required to support the "Google Manifesto" in order to be at UI -- which is obviously incorrect and a violation of my Civil, State, and Constitutional Rights. Other students/employees explained that they also had trouble with this individual, but he disguises his harassment and harms of Student/Employees by claiming it is his Freedom of Speech to commit physical threats and harassment at work.

Google Manifesto: USA Labor Review Board already determined that the contents of the "Google Manifesto" constitute a violation of Labor Laws. It is considered harassment and it is not allowed at work -- however UI Human Resources, UI Administration, UI Deans, Doctor Brad Sutton, and others at UI used their executive, absolute Authority at UI to override the Federal Government, to override Civil and State Laws to make the unlawful claim that anyone at UI being harassed with the contents of the "Google Manifesto" is in fact violating the Freedom of Speech rights of the person harassing them at work by reporting them to proper Authorities.

I was also threatened by Mickael Key, another superior at UI, who quoted Jesus and informed me that it is not allowed for me to participate in Government Reporting processes at UI because it is a form of vengeance. Mickael Key told me that she is "afraid" of me and considers me a "threat" because I am participating in this official reporting process, which she considers to be against the Bible. Her statements scared me beyond description because it is, as far as I know, an extremely inaccurate misquote (perhaps intentional) of the Bible. And being threatened by a superior at work with Religious Threats and accused of disobeying God because I am reporting Threats to Human Life, Criminal Activities, and other incidents is an extremely scary thing to experience -- additionally the fact that Mickael Key works in one of the laboratories accused of Medical Malpractice / Scientific Fraud, Data Fabrication and other things makes her Religious Threats extremely scary. I reported these incidents to Administration, however I was punished instead of Mickael Key, perhaps due to the nature of my reports which would mean UI

Professors and UI itself stands to lose A LOT of money if they are caught committing these crimes, etc. There was no confusion that Mickael Key was abusing the UI Administrative Offices including Office of Student Conflict Resolution (OSCR) to threaten me, punish me at UI, and impede my ability to cooperate with the proper Authorities about these Threats to Human Life and other incidents. I have ample evidence that I repeatedly informed these individuals of these facts, but UI intentionally punished me, intentionally threatened me with expulsion and disciplinary procedures in order to prevent me from being able to report UI to the proper Authorities. I submitted evidence to prove this individual had been harassing me repeatedly to Justin Brown in the Office of Student Conflict Resolution (OSCR) but UI refused to review my evidence and stated they conduct "SUBJECTIVE" rulings in UI Administration -- Subjective rulings that my case proves pose a threat to people everywhere, and constitute an undeniable Civil, State and Constitutional Rights violation of every single person involved. This Doctor in Training was rewarded for her unlawful acts of harm against me, while I was punished to the point of unlawful termination.

Doctor Martha Gillette (Director of the Biology Department, Neuroscience Department, and more) and Dean Alexis Thompson, unlawfully shut down my Non-Profit Women's Organization that supports rape victims, and victims of sex-based crimes. I was told by the Title IX Office that this is illegal -- however nobody from UI Administration was informed that this was illegal and nobody did anything to correct these harms against me. I was unlawfully punished at UI for attempting to help victims of rape and other sex-based crimes through this non-profit organization.

**Please note that Martha Gillette is the Director of the Department where the individual who wrote the "Google Manifesto" studied during his time at UI.

There are many, many, countless incidents of violations of the First Amendment -- these are a brief sampling to illustrate the necessity of seeing my case through to a fair and just ruling. The University of Illinois has subjectively ruled without any evidence reviews whatsoever, and it is pertinent to show UI, to show the Scientific / Medical community, that it is safe for us to report Threats to Human Life in the State of Illinois and that we won't be harmed and terminated for doing so.

---
**Second Amendment**
"A well regulated Militia, being necessary to the security of a free State, the right of the people to keep and bear Arms, shall not be infringed."

A bizarre incident occurred during the Fall Semester of my first year employed as a Student/Employee at University of Illinois. University of Illinois Doctor Brad Sutton who was appointed to oversee my "Academic" / "Paid" Position at UI told me that he is working to remove the Rights of American Citizens to "Bear Arms" using an fMRI scanner and metrics he designs. This was an extremely shocking thing to hear, to say the least, and I made it clear that I support American Citizens' Rights to Bear Arms in the USA. Because I support the Second Amendment

I became a target with horrific harassment and Character Defamation for my political views, and support of the American Constitution. UI Doctor Sutton cited this discussion to Samuel Beshers as one of the moments he decided to terminate my position in his Laboratory.

UI Doctor Brad Sutton unlawfully fired me and expelled me from my "Academic"/"Paid" Position in his Laboratory at UI. UI Administration supported him fully in violating my Civil, State, Constitutional Rights, and punishing me for supporting the Second Amendment.

The University of Illinois was given the opportunity to correct this error through the Spring Semester and beyond however UI continued to refuse to reinstate me in my position at UI, and UI refused to support my political views about the Second Amendment, punishing me horribly.

University of Illinois employs an Administrative Office called the Behavioral Intervention Team (BIT), which forced me against my will to undergo interrogations into a false accusation that I was carrying a "weapon" on campus due to my open support for the Second Amendment. I was targeted by UI Administration with constant bullying, harassment, threats of punishment, threats of expulsion, denials to my rights as an American Citizen, blocks to resources I needed on campus, and intentional overburdening through Administrative Disciplinary processes such as BIT. Due to the unfair power imbalance of UI against me, I was forced against my will to spend my own money to hire people to help me even handle the paperwork overload to try and meet the overburdensome demands made by BIT, OSCR, Martha Gillette, Samuel Beshers, Alexis Thompson, Justin Brown, Stephen Bryan, Deans Offices and more. My representative informed BIT that I was, of course, not in possession of any "weapons" but the BIT continued to harass, bully, punish, overburden me, and harm me to impede my ability to be a Student/Employee at University of Illinois.

I believe that these targeted harms are also a form of Sexism against me, due to the fact that I had reported incidents with UI Professor Zuofu Cheng to UI Administration and he was targeting me with retaliation. I was extremely afraid of UI Professor Zuofu Cheng and I tried to stay on his good side based on the threats he made to me. And based on the power he demonstrated at the University of Illinois -- unlawful, unfair power that he used to control Administrative Processes and people at UI. The Title IX Office forced me to report Zuofu Cheng and submit testimony against him, and shortly after UI forced me to do so, I was retaliated against by the ENTIRE UI Administration through the BIT, OSCR, Deans Offices and more -- even a Chancellor who met with me in Fall shortly after UI Professor Zuofu Cheng physically assaulted me, signed a document demanding I be removed from UI. This is perhaps due to his fear that he broke Civil, State, Federal Laws by not reporting these incidents to proper authorities and by not following legally mandated procedures for handling sex-based crimes, physical assault, in the State of Illinois. I informed the BIT, OSCR, Deans Offices and more about said incidents and that they were violating my Civil, State, COnstitutional Rights by retaliating against me for reporting said incidents, and for cooperating with the Title IX Office to respond to their questions about UI Professor Zuofu Cheng -- however these UI Offices refused to stop harming me, and proceed to break countless laws by unlawfully punishing me and terminating my position in response to my following the laws.

34

The Fourteenth Amendment States: ""The validity of the public debt of the United States, authorized by law,including debts incurred for payment of pensions and bounties forservices in suppressing insurrection or rebellion, shall not be questioned.But neither the United States nor any State shall assume or pay any debtor obligation incurred in aid of insurrection or rebellion against the UnitedStates, or any claim for the loss or emancipation of any slave; but all suchdebts, obligations and claims shall be held illegal and void... The Congress shall have power to enforce, by appropriate legislation,the provisions of this article"

I believe my case is crucial to solve these issues at UI and other universities breaking these laws and harming people. It is extremely dangerous that I was terminated and punished horribly because I followed the laws, and because I refused to break laws like my superiors at University of Illinois are currently doing. University of Illinois has made it abundantly clear that they will not stop violating these Civil, State, Constitutional Laws unless the State of Illinois intervenes and requests that they abide by American Laws. Nobody is above the laws, but these Doctors seem to have found a way to make themselves complete Authorities within the Fiefdom they have created with tax-payer dollars at this public University of Illinois.

Additionally, though I am representing myself Pro Se, it seems that University of Illinois is unlawfully using State of Illinois funds to develop Scientific Works that are direct attacks against the United States Constitution. For a UI Professor to be supported in firing Students/Employees who support the United States Constitution, because support of the USA Constitution is in direct conflict with his Scientific Works, is not just unlawful but an extremely serious violation of the Constitution Itself, warranting intervention from the Federal or Congressional Entities in the USA.
—

**Conclusion**
In summary, among the laws that were violated in the incidents outlined in my case are many Constitutional Laws, such as the Right to Bear Arms -- I was fired and punished by University of Illinois / Defendants for supporting the Second Amendment in the USA Constitution. I was persecuted by Students, Administrators, Professors and more as a "Threat" and misportrayed to the extent that UI expelled and terminated me.

My Freedom of Speech was violated multiple times, including UI / Defendants' unlawful shut down of my Non-Profit Women's Organization that supported women who have been harmed, and was offering a safe platform to discuss issues of all kinds in a safe environment.

Shockingly, UI / Defendants also violated my rights to a Fair Trial repeatedly by firing me, punishing me and more without any evidence against me whatsoever -- UI Administration / Defendants always conduct what they term "SUBJECTIVE" reviews to make decisions on whether to punish students/employees and how to punish them. Specifically, I was punished by UI / Defendants unlawfully for filing Official Reports about Threats to Human Life and cooperating with the proper Authorities about these incidents, etc. Select Students/Employees

at UI even stated that they were too "afraid" to work with me because I followed orders to cooperate with the Federal Reporting procedures for these issues, and one student in particular threatened me and said God would not want me to cooperate with the Federal Reporting processes about her laboratory and other cooperating labs.

My case itself is evidence of the Official Reports I have filed about Threats to Human Life, Medical Malpractice / Scientific Fraud and Data Fabrication. My case itself and the incidents that I suffered from Defendants prove that the Defendants are in fact using tax-payer funds to do work that threatens all of our Constitutional Rights including the Second Amendment. This evidence is what I have repeatedly requested from the Judges in Central District Courts and UI / Defendants are blocking our access to this crucial evidence to prove my case. I hope that your Honours will allow my case to be reviewed in the State of Illinois with all pertinent evidence so that there will finally be an unbiased, fair judicial review of what has transpired.

The evidence that I am trying to submit to your Honours also includes statements from UI Officials that these incidents were a "drain" on UI resources. I know that the funds that UI spent to defend Defendants, such as: UI Professor Zuofu Cheng who physically assaulted/raped me; Mickael Key / Samuel Beshers / Aron Barbey who were accused by many people of committing Medical Malpractice / Scientific Fraud / Data Fabrication; Martha Gillette / Alexis Thompson who unlawfully shut down my Non-Profit Organization that helps rape victims; Brad Sutton / Alexander Cerjanic who unlawfully physically threatened me and unlawfully fired me in part for my support of the Second Amendment; Professors who retaliated against me for cooperating with Authorities to report, and more -- the number of meetings with UI lawyers that I was forced to endure, the man-hours that UI employees spent defending the Defendants and using UI resources to impede these investigations, etc is no doubt a staggering amount of money. All of the money UI used to Defend these Defendants was tax-payer money, and I believe the Public has a right to see these documents and know that their tax dollars are being used to commit crimes such as Medical Malpractice, Scientific Fraud, Data Fabrication, Physical Assault / Rape, Sexual Harassment, Intimidation and Threats for reporting corruption, and more. I personally do not believe that ANYONE would support the acts of the Defendants if they knew what happened, and I do not think that your Honours, or the State of Illinois would support this misuse and abuse of funds.

--
As the Bill of Rights outlines in detail, the State of Illinois is charged with the responsibility and duty to the United States of America Citizens to oversee certain laws and uphold certain rights. As I have outlined in this document, the Civil, State, and Federal Laws in the United States of America have appointed your Honour's Courts with the Responsibility, Obligation, and Privilege of overseeing the law violations I have outlined in my court cases to your Honour.

If your Honour denies my rights to fair court proceedings, forcing my case to be dismissed in the State of Illinois because of the Defendants' harms to me, your Honour will be blocking a fair, judicial process for case matters which can only be handled by your Honour's Court, based on

the State of Illinois' contractual agreement with the United States of America, and the State of Illinois' contractual agreement with the United States Citizens.

Lastly, it is a dangerous president to set if this case is not granted a fair, unbiased review in Illinois Courts – individuals will understand that it is possible to force a selective review of PARTIAL EVIDENCE in Federal Court Cases in Illinois, simply by delaying, blocking and harming individuals who are attempting to bring Defendants to Court. I therefore implore your Honours to please finish this case and to not violate our rights by prematurely dismissing this case without even reviewing ANY evidence whatsoever.

I hope that your Honours will please review my case, please review this evidence, and please work within the laws to make the necessary changes at UI and elsewhere to ensure that people in the USA are safe from Medical Malpractice, Scientific Fraud, Data Fabrication, and more. I believe these corrupted systems that are being exploited to hide crimes of Defendants need to be corrected and based on the Defendants efforts to impede this court case and reports, it is obvious they will not correct these unlawful systems on their own.

Please note as well that I am not asking for ANY financial compensation whatsoever for this case. I will in fact refuse to accept any financial compensation because my only goal is to ensure the harms that have happened to me never happen to another woman or Illinois Student in the future.

**Thank you so much your Honours for reviewing this Appeal, and for your time in reading the Federal and Civil Rules to justify finishing this case.**

Sincerely,

Rose Meacham

E-FILED
Friday, 26 August, 2022  12:31:48 PM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit
Office of the Clerk
219 South Dearborn Street, Room 2722
Chicago, Illinois 60604
312-435-5850

August 18, 2022

Dear Clerk,


The U.S. Court of Appeals received this document in error.

We are forwarding it to the Central District of Illinois for your consideration. If you have already received this document then please disregard this letter.


Sincerely,

Pro Se Clerk #1



E-FILED
Friday, 26 August, 2022 2:31:48 PM
Clerk, U.S. District Court, ILCD

OFFICE OF THE CLERK
United States Court of Appeals
for the Seventh Circuit
219 S. DEARBORN STREET
CHICAGO, ILLINOIS 60604-1874

OFFICIAL BUSINESS

UNITED STATES DISTRICT COURT
Central District of Illinois
U.S. Courthouse
S. Vine Street
na, IL 61802

CHAMPAIGN
WED 24 AUG

UNITED STATES POSTAGE
$ 002.4
PITNEY BO
0000886189 AUG 18 20
MAILED FROM ZIP CODE 606

E-FILED
Tuesday, 19 January, 2021  12:33:23 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| ROSE MEACHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 20-CV-2162 |
| | ) | |
| THE UNIVERSITY OF ILLINOIS et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

Plaintiff, Rose Meacham, filed a Complaint (#1) on June 11, 2020, against

multiple Defendants: the University of Illinois Urbana Champaign, the Office of the

Dean of Students, the Board of Trustees, the Graduate College, the Neuroscience

Program, the Office for Student Conflict Resolution, the Office of the Provost, Aron

Barbey, Stephen Bryan, Robert Jones, and Samuel Beshers.

On August 21, 2020, Defendants Barbey, Beshers, Bryan, and Jones (the

"Individual Defendants") filed a Motion to Dismiss (#11).  On September 21, 2020, the

Board of Trustees of the University of Illinois ("Board") filed a Motion for a More

Definite Statement Under Rule 12(e), to Strike Under Rule 12(f), and/or to Dismiss the

Complaint Under Rule 12(b)(6) (#28).  The court later extended the time for Plaintiff to

respond to those Motions, to November 30, 2020.  Plaintiff did not file a response to

either Motion.

For the reasons that follow, the Complaint is DISMISSED.  The Individual Defendants' Motion (#11) is GRANTED and the Board's Motion (#28) is GRANTED as to the Rule 12(e) motion, DENIED as to the Rule 12(f) motion, and GRANTED in part and DENIED in part as to the Rule 12(b)(6) motion.

## I.  BACKGROUND

Plaintiff was a graduate student at the University of Illinois at Urbana-Champaign from approximately June of 2017 until December of 2019.  She asserts claims relating to her time at the University.

Plaintiff's Complaint (#1) consists of a 409 paragraph, 85 page Complaint preceded by a five page form Complaint.  Beginning on page 80, Plaintiff alleges five counts.  The counts are for "Violation[s] of:" (1) Title VII; (2) Title IX; (3) the Americans with Disabilities Act (ADA); (4) "Tax Free Status"; and (5) "Academic Freedom Laws."

In the section of the Complaint that lays out the five counts, Plaintiff does not delineate which counts are asserted against which Defendants, referring instead to a singular "Defendant" as violating her rights "by the conduct described above."  Over the course of the prior eighty pages, she describes a number of incidents that occurred from 2017 to 2019.

## II.  ANALYSIS

### A.  Legal Standards

#### 1.  Rule 12(b)(6)

Rule 8(a) of the Federal Rules of Civil Procedure requires that a pleading, in order to state a claim for relief, must contain a short and plain statement of the claim showing that the pleader is entitled to relief.  Fed. R. Civ. P. 8(a)(2).  Defendants argue Plaintiff's Complaint should be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6). The Seventh Circuit has stated that:

> To survive a motion to dismiss under Rule 12(b)(6), a complaint must "state a claim to relief that is plausible on its face." *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570, 127 S.Ct. 1955, 167 L.Ed.2d 929 (2007). "A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Ashcroft v. Iqbal*, 556 U.S. 662, 678, 129 S.Ct. 1937, 173 L.Ed.2d 868 (2009).  Factual allegations are accepted as true at the pleading stage, but "allegations in the form of legal conclusions are insufficient to survive a Rule 12(b)(6) motion." *McReynolds v. Merrill Lynch & Co., Inc.*, 694 F.3d 873, 885 (7th Cir. 2012) (citing *Iqbal*, 556 U.S. at 678, 129 S.Ct. 1937). "Threadbare recitals of the elements of a cause of action, supported by mere conclusory statements, do not suffice." *Iqbal*, 556 U.S. at 678, 129 S.Ct. 1937. "Where a complaint pleads facts that are 'merely consistent with' a defendant's liability, it 'stops short of the line between possibility and plausibility of entitlement to relief.'" *Id.* (quoting *Twombly*, 550 U.S. at 557, 127 S.Ct. 1955) (internal quotation marks omitted).

*Adams v. City of Indianapolis*, 742 F.3d 720, 728 (7th Cir. 2014).

3

2. *Rule 12(e)*

Federal Rule of Civil Procedure 12(e) states that a "party may move for a more definite statement of a pleading to which a responsive pleading is allowed but which is so vague or ambiguous that the party cannot reasonably prepare a response." Fed. R. Civ. P. 12(e).

> In general, motions for a more definite statement under Rule 12(e) are appropriate when a "pleading fails to specify the allegations in a manner that provides sufficient notice." *Swierkiewicz v. Sorema N.A.*, 534 U.S. 506, 513–14, 122 S.Ct. 992, 152 L.Ed.2d 1 (2002). "Rule 12(e) and related caselaw make it 'plain that the rule is designed to strike at unintelligibility rather than want of detail.'" *Flentye v. Kathrein*, 485 F. Supp. 2d 903, 911 (N.D. Ill. 2007); *see also Direct Commc'ns, Inc. v. Horizon Retail Const., Inc.*, 387 F. Supp. 2d 828, 831 (N.D. Ill. 2005) (Rule 12(e) motion is intended to eliminate confusion, not replace discovery).

*Malekpour v. LaHood*, 2012 WL 5996375, at *1 (N.D. Ill. Nov. 30, 2012).

3. *Rule 12(f)*

Under Federal Rule of Civil Procedure 12(f), a district court "may strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." Fed. R. Civ. P. 12(f).  Rule 12(f) grants district courts considerable discretion to strike allegations.  *Delta Consulting Group, Inc. v. R. Randle Const., Inc.*, 554 F.3d 1133, 1141-42 (7th Cir. 2009).  Motions to strike are appropriate if they serve to expedite litigation, and allegations may be stricken if they bear no possible relation to the controversy.  *Malekpour*, 2012 WL 5996375, at *1.

4

B.  Plaintiff's Failure to File a Response

Plaintiff had until November 30, 2020, to file a response to Defendants' Motions.

Plaintiff failed to do so.  Therefore, pursuant to Central District of Illinois Local Rule

7.1(B)(2), the court presumes Plaintiff has no opposition to the motions and may issue

its rulings.  Further,

> A party's failure to respond to arguments the opposing party makes in a
> motion to dismiss operates as a waiver or forfeiture of the claim and an
> abandonment of any argument against dismissing the claim. *See Alioto v.
> Town of Lisbon*, 651 F.3d 715, 719 n.1, 721 (7th Cir. 2011) (forfeiture occurs
> where the "litigant effectively abandons the litigation by not responding
> to alleged deficiencies in a motion to dismiss"); *Bonte v. U.S. Bank, N.A.*,
> 624 F.3d 461, 466 (7th Cir. 2010) ( "Failure to respond to an argument [in a
> motion to dismiss]-as the [plaintiffs] have done here-results in waiver.");
> *Wojtas v. Capital Guardian Trust Co.*, 477 F.3d 924, 926 (7th Cir. 2007) ("The
> [plaintiffs'] failure to offer any opposition to [the defendant's] statute of
> limitations argument constituted a waiver."); *County of McHenry v. Ins. Co.
> of the West*, 438 F.3d 813, 818 (7th Cir. 2006) ("When presented with a
> motion to dismiss, the non-moving party must proffer some legal basis to
> support his cause of action.") (quoting *Stransky v. Cummins Engine Co.*, 51
> F.3d 1329, 1335 (7th Cir. 1995)) (internal quotation marks omitted); *Kirksey
> v. R.J. Reynolds Tobacco Co.*, 168 F.3d 1039, 1041 (7th Cir. 1999) ("Our
> system of justice is adversarial, and our judges are busy people. If they are
> given plausible reasons for dismissing a complaint, they are not going to
> do the plaintiff's research and try to discover whether there might be
> something to say against the defendants' reasoning. An unresponsive
> response is no response. In effect the plaintiff was defaulted for refusing to
> respond to the motion to dismiss. And rightly so."); *Stransky*, 51 F.3d at
> 1335 ("However, when presented with a motion to dismiss, the
> non-moving party must proffer some legal basis to support his cause of
> action. The federal courts will not invent legal arguments for litigants.")
> (internal citation omitted); *see, e.g.*, *Walsh v. Arrow Fin. Servs., LLC*, No. 10
> C 6829, 2012 WL 255802, at *3 (N.D. Ill. Jan. 27, 2012) ("[The plaintiff's]
> failure to reference, let alone defend, her first claim operates as an
> abandonment of that claim and a forfeiture of any argument opposing
> dismissal."); *Salcedo v. City of Chicago*, No. 09 C 5354, 2012 WL 280697, at *4
> (N.D. Ill. Jan.31, 2012) ("But in this case, given the complete absence of any

5

> response from the Plaintiffs at any time in this case, the Court will treat
> the lack of response as a forfeiture of Plaintiffs' claims."); *Rosen v. Mystery
> Method, Inc.*, No. 07 C 5727, 2008 WL 723331, at *6 (N.D. Ill. March 14,
> 2008) ("A litigant's failure to respond to arguments the opposing party
> raises in a motion to dismiss operates as a waiver or forfeiture.").

*Jones v. Connors*, 2012 WL 4361500, at *7 (N.D. Ill. Sept. 20, 2012).

### C.  The Individual Defendants' Motion to Dismiss (#11)

The Individual Defendants argue that (1) the statutory claims, Counts I-III, do not provide for individual liability; (2) Counts IV and V are not legal claims; and (3) the Complaint does not contain sufficient allegations against them to state a claim.

In the section of the Complaint that lays out the five counts, Plaintiff does not delineate which counts are asserted against which Defendants or specifically describe what conduct is at issue.  She refers to a singular "Defendant" as violating her rights "by the conduct described above."  The court is thus not clear as to what claims, if any, are actually being brought against each Individual Defendant.  The court will nonetheless address the Individual Defendants' arguments to the extent that they would prevent Plaintiff from properly making such claims in an amended complaint.

#### 1. *Individual Liability for Statutory Claims (Counts I, II, and III)*

The Individual Defendants first argue that the statutory claims alleged do not provide for individual liability.  Plaintiff alleges claims under Title VII, Title IX, and the ADA.

There is no individual liability under Title VII of the Civil Rights Act of 1964. *Williams v. Banning*, 72 F.3d 552, 555 (7th Cir. 1995).  Only an "employer," as defined by

6

statute, may be liable for unlawful employment practices under Title VII. *Id.* As such, Count I, the Title VII claim, is dismissed against the Individual Defendants with prejudice. See *Umberger v. City of Peoria*, 2020 WL 1932367, at *7 (C.D. Ill. April 21, 2020).

Similarly, "Title IX does not provide for individual liability. Title IX claims can only be brought against educational institutions receiving federal grant assistance, not individuals." *Eilenfeldt v. United C.U.S.D. #304 Board of Education*, 2013 WL 12248080, at *5 (C.D. Ill. March 25, 2013), citing *Smith v. Metro. Sch. Dist. Perry Township*, 128 F.3d 1014, 1019 (7th Cir. 1997).

"[M]uch like Title VII, only those individuals who meet the statutory definition of 'employer' may be liable under the [ADA]." *Umberger*, 2020 WL 1932367, at *9, citing *EEOC v. AIC Sec. Investigations, Ltd.*, 55 F.3d 1276, 1279-82 (7th Cir. 1995). So, Count III, the ADA claim, is dismissed against the Individual Defendants with prejudice.

As Title VII, Title IX, and the ADA do not provide for individual liability, those claims cannot be made against the Individual Defendants. As to the Individual Defendants, Counts I, II, and III are dismissed with prejudice.

### 2. *Counts IV and V*

The Individual Defendants argue that Counts IV and V should be dismissed because there is no cause of action for a "violation of tax free status" or a "violation of academic freedom laws." It is possible that Plaintiff's Counts IV and V were meant to relate somehow to her discrimination claims. However, they do not state independent

7

causes of action against the Individual Defendants, or any other Defendants.  Counts IV and V are dismissed with prejudice.

### 3.  *Sufficiency of the Allegations*

The Complaint contains no allegations regarding Jones and Barbey, and the Individual Defendants argue that the allegations against Beshers and Bryan are insufficient.  The court concluded above that the Individual Defendants are not proper Defendants for any of Plaintiff's claims, so the court need not address their argument concerning the sufficiency of the allegations here.  Whether the allegations would be sufficient to state a claim against Plaintiff's employer/educational institution will instead be addressed in connection with the Board's Motion.

### D.  The Board's Motion (#28)

The Board moves (1) for a more definite statement under Rule 12(e); (2) to strike under Rule 12(f); and/or (3) to dismiss the complaint under Rule 12(b)(6).  It argues:

> The Complaint fails to comply with Rule 8's requirement that it set forth a short and plain statement of the claim showing entitlement to relief. Instead, the Complaint is so disjointed, sprawling, and nonspecific that the University is not on notice of the basis of Plaintiff's claims against it. The Complaint must be dismissed in its entirety under Rule 12(b)(6) for failure to allege short and plain statements, or in the alternative, Plaintiff should be directed to file a more definitive statement under Rule 12(e) and all redundant, immaterial, impertinent, or scandalous matter should be stricken from the Complaint under Rule 12(f).

Although pro se pleadings are construed liberally, a plaintiff's pro se status does not absolve them from complying with federal and local procedural rules.  *Malekpour*, 2012 WL 5996375, at *1.  Pro se plaintiffs are required to follow the federal notice

8

pleading standards, specifically Federal Rule of Civil Procedure 8(a)(2) which requires "a short and plain statement of the claim showing that the pleader is entitled to relief. *Malekpour*, 2012 WL 5996375, at *1, quoting Fed. R. Civ. P. 8(a)(2). "The short and plain statement under Rule 8(a)(2) must 'give the defendant fair notice of what the claim is and the grounds upon which it rests.'"  *Id.*, quoting *Twombly*, 550 U.S. at 555.

Again, Plaintiff did not respond to the Board's Motion.  The Board's Rule 12(e) argument is certainly plausible given the disjointed, sprawling nature of the Complaint that ends with the assertion that claims exist somewhere in the prior eighty pages.  In the absence of a response, this court need not sift through the Complaint to "try to discover whether there might be something to say against the defendants' reasoning." *Kirksey v. R.J. Reynolds Tobacco Co.*, 168 F.3d 1039, 1041 (7th Cir. 1999).

The question, then, is what response is appropriate under the various subsections of Rule 12.  The Board stated that it was "unable to determine which paragraphs *should not* be stricken" because "the Complaint is so disjointed, sprawling, and lengthy."  The court declines to figure out whether any material should be stricken under Rule 12(f), and the motion to strike under Rule 12(f) is denied.

The court is similarly unable to ascertain whether Plaintiff may be able to state a claim under Title VII, Title IX, or the ADA.  Accordingly, the court declines to dismiss Counts I-III of the Complaint under Rule 12(b)(6).  However, as to Counts I-III, the court grants the motion for a more definite statement under Rule 12(e).  Plaintiff's Complaint's Counts I-III are dismissed, without prejudice, pursuant to Federal Rule of

9

Civil Procedure 12(e).  Within 21 days of the entry of this Order, Plaintiff may file an amended complaint that meets the requirements of Federal Rule of Civil Procedure 8(a). If Plaintiff fails to file an amended complaint within the time frame, the dismissal will be converted to a dismissal with prejudice and the case will be terminated.

Counts IV and V are another matter.  As noted above, there is no cause of action for a "violation of tax free status" or a "violation of academic freedom laws."  Counts IV and V are dismissed with prejudice.

### E.  The Institutional Defendants

Plaintiff's Complaint also names as Defendants the University of Illinois Urbana-Champaign, the Office for Student Conflict Resolution, the Graduate College, the Neuroscience Program, the Office of the Dean of Students, and the Office of the Provost (collectively, "Institutional Defendants").  The Individual Defendants and the Board both note in their Motions that the Institutional Defendants are not capable of being sued.  See 110 Ill. Comp. Stat. 305/1.  The proper Defendant is the Board.  As such, the Institutional Defendants are dismissed from this action.

IT IS THEREFORE ORDERED THAT:

(1)  The Individual Defendants' Motion to Dismiss (#11) is GRANTED. Plaintiff's Complaint is dismissed with prejudice as to Defendants Aron Barbey, Stephen Bryan, Robert Jones, and Samuel Beshers.  They are terminated as defendants.

(2)  The Board's Motion (#28) is GRANTED in part and DENIED in part.  It is GRANTED as to the Rule 12(e) motion, DENIED as to the Rule 12(f) motion, and

GRANTED in part and DENIED in part as to the Rule 12(b)(6) motion. Counts IV and V are dismissed with prejudice. Counts I, II, and III are dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 12(e). Within 21 days of the entry of this Order, Plaintiff may file an amended complaint that meets the requirements of Federal Rule of Civil Procedure 8(a). If Plaintiff fails to file an amended complaint within the time frame, the dismissal will be converted to a dismissal with prejudice and the case will be terminated.

(3) The Institutional Defendants (the University of Illinois Urbana-Champaign, the Office for Student Conflict Resolution, the Graduate College, the Neuroscience Program, the Office of the Dean of Students, and the Office of the Provost) are dismissed from this action and terminated as defendants.

(4) This case is referred to Magistrate Judge Eric I. Long for further proceedings in accordance with this order.

ENTERED this 19th day of January, 2021.

s/ COLIN S. BRUCE
U.S. DISTRICT JUDGE

E-FILED
Tuesday, 11 May, 2021  10:57:39 AM
Clerk, U.S. District Court, ILCD

Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

| | | |
|---|---|---|
| **Rose Meacham** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case Number: 20-cv-2162** |
| | ) | |
| **University of Illinois, et al.** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.**    This action came before the Court for a trial by jury.    The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.    This action came before the Court, and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** the case is dismissed with prejudice and is terminated.

**Dated: 5/10/2021**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court