E-FILED
Tuesday, 13 September, 2022 10:24:13 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
OFFICE OF THE CLERK
201 S. VINE ST.
ROOM 218
URBANA, ILLINOIS 61802-3348

OFFICIAL BUSINESS

FILED

CHAMPAIGN IL 618
26 AUG 2022 PM 5 L

SEP 13 2022

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS



$0.57 0
US POSTAGE
FIRST-CLASS
062S0008089197
61801

Rose Meacham
325 Ramblewood Drive
Glen Ellyn, IL 60137

NIXIE        601    DE   1         0009/09/22

60137-661325