# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

November 28, 2022

To:  Shig Yasunaga
     UNITED STATES DISTRICT COURT
     Central District of Illinois
     U.S. Courthouse
     Urbana, IL 61802-3369

|  | ROSE MEACHAM,<br>             Plaintiff - Appellant |
|---|---|
| No. 22-2513 | v. |
|  | UNIVERSITY OF ILLINOIS URBANA-CHAMPAIGN, et al.,<br>             Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 2:20-cv-02162-CSB-EIL<br>Central District of Illinois<br>District Judge Colin S. Bruce ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:                                No record to be returned

form name: **c7_Mandate**   (form ID: **135**)

# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

November 2, 2022

CERTIFIED COPY
A True Copy
Teste:
[signature]
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

*Before*:

**Ilana Diamond Rovner**, *Circuit Judge*
**Michael B. Brennan**, *Circuit Judge*
**Amy J. St. Eve**, *Circuit Judge*

| | |
|---|---|
| ROSE MEACHAM,<br>    Plaintiff-Appellant,<br><br>No. 22-2513        v.<br><br>UNIVERSITY OF ILLINOIS<br>URBANA-CHAMPAIGN, et al.,<br>    Defendants-Appellees. | ] Appeal from the United<br>] States District Court for<br>] the Central District of<br>] Illinois.<br>]<br>] No. 2:20-cv-02162-CSB-EIL<br>]<br>] Colin S. Bruce,<br>]    Judge. |

O R D E R

On consideration of the papers filed in this appeal and review of the short record,

IT IS ORDERED that this appeal is DISMISSED for lack of jurisdiction.

Rule 4(a) of the Federal Rules of Appellate Procedure requires that a notice of appeal in a civil case be filed in the district court within 30 days of the entry of the judgment or order appealed. In this case judgment was entered on May 11, 2021, and the notice of appeal was filed on August 26, 2022, over one year late. The district court has not granted an extension of the appeal period, *see* Rule 4(a), and this court is not empowered to do so, *see* Fed. R. App. P. 26(b).

# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

November 18, 2022

**Before**

ILANA DIAMOND ROVNER, *Circuit Judge*

MICHAEL B. BRENNAN, *Circuit Judge*

AMY J. ST. EVE, *Circuit Judge*

CERTIFIED COPY
A True Copy
Teste:

*[signature]*
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

No. 22-2513

| | |
|---|---|
| ROSE MEACHAM,<br>*Plaintiff-Appellant*, | Appeal from the United States District Court for the Central District of Illinois. |
| *v.* | No. 2:20-cv-02162-CSB-EIL |
| UNIVERSITY OF ILLINOIS URBANA-CHAMPAIGN, et al.<br>*Defendants-Appellees*. | Colin S. Bruce,<br>*Judge*. |

**O R D E R**

On consideration of the petition for rehearing, the judges on the original panel have voted to deny rehearing. It is, therefore, **ORDERED** that the petition for rehearing is **DENIED**.